AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| A4A RESEAU, INC. and MARC PARENT <br><br> *Plaintiff(s)* <br> v. <br><br> FLAVA WORKS, INC. and PHILLIP BLEICHER <br><br> *Defendant(s)* | Civil Action No. <br><br> 15-cv-20245-Cooke/Torres |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

FLAVA WORKS, INC.     REGISTERED AGENT: PHILLIP BLEICHER
2610 NORTH MIAMI AVENUE
MIAMI, FL 33127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN F. BRADLEY, ESQ.
BRADLEY LEGAL GROUP, P.A.
15 NORTHEAST 13TH AVENUE
FORT LAUDERDALE, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: January 22, 2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| A4A RESEAU, INC. and MARC PARENT <br><br> *Plaintiff(s)* <br> v. <br><br> FLAVA WORKS, INC. and PHILLIP BLEICHER <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. <br> 15-cv-20245-Cooke/Torres |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

PHILLIP BLEICHER
2610 NORTH MIAMI AVENUE
MIAMI, FL 33127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN F. BRADLEY, ESQ.
BRADLEY LEGAL GROUP, P.A.
15 NORTHEAST 13TH AVENUE
FORT LAUDERDALE, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: January 22, 2015

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts