UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC.            CASE NO. 15-CV-20245 COOKE/TORRES
and MARC PARENT,

    Plaintiffs,
vs.

FLAVA WORKS, INC.
and PHILLIP BLEICHER,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT PHILLIP BLEICHER

    Plaintiffs, A4A RESEAU, INC. and MARC PARENT hereby give notice of the filing of the Return of Service of Summons, Complaint and Exhibits directed to Defendant PHILLIP BLEICHER. reflecting service on February 4, 2015.

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that a true and correct copy of the foregoing Notice was filed in the Court file via the PACER system this 25th day of February, 2015.

**Bradley Legal Group, P.A.**

_____/s/_____
John F. Bradley, Esq.
Attorneys for Defendants
15 Northeast 13th Avenue
Fort Lauderdale, FL 33301
Tel: (954) 523-6160
Fax: (954) 523-6190
Email: jb@bradlegal.com
Fla Bar. No 0779910