## AFFIDAVIT OF SERVICE

**State of Florida**  **County of Southern**  **District Court**

Case Number: 15-CV-20245-COOKE/TORRES

Plaintiff:
A4A RESEAU, INC., AND MARC PARENT,
vs.
Defendant:
FLAVA WORKS, INC., AND PHILLIP BLEICHER,

For: John F. Bradley
BRADLEY LEGAL GROUP, P.A.

Received by D J PROCESS SERVICE, INC on the 30th day of January, 2015 at 10:43 am to be served on PHILLIP BLEICHER, 933 W. IRVING PARK ROAD, APT C, CHICAGO, IL 60613-3074. I, _BILLY MOLDEN_, being duly sworn, depose and say that on the _4_ day of _FEB_, 20_15_ at _3:50_ /m., executed service by delivering a true copy of the Summons In A Civil Action (21) days, Complaint for Declaratory Judgment, and Exhibits in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me, to in compliance with State Statutes.

(X) SUBSTITUTE SERVICE: By serving _JOHN DOE (REFUSED TO GIVE NAME)_ as _CO. RESIDENT_. Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with Florida State Statute 48.031, by serving the copies at his or her usual place of abode with person residing therein who is 15 years of age or older and informing the person of their contents, with the date, hour and intials of service endorsed thereon by me, to in compliance with State Statutes.

( ) POSTED SERVICE: After attempting service on __/__/__ at ____ and on __/__/__ at ____ to a conspicuous place on the property described hereinwith the date, hour and intials of service endorsed thereon by me

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _REFUSED_

Marital Status: ( ) Married or ( ) Single   Name of Spouse _REFUSED_

COMMENTS: _JOHN DOE CONFIRMED THAT PHILLIP BLEICHER LIVES AT THE GIVEN ADDRESS_

Age _55-60_ Sex (M) F   Race _WHITE_   Height _5'6_   Weight _170_   Hair _LT. BROWN_   Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _6_ day of _FEB_, _2015_ by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/17

PROCESS SERVER # _129. 027813_
Appointed in accordance with State Statutes

D J PROCESS SERVICE, INC
4784 Nw 3rd Court
Plantation, FL 33317
(954) 401-9479

Our Job Serial Number: 2015004158

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r