UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC.  
and MARC PARENT,

CASE NO. 15-cv-20245 MGC

    Plaintiffs,

vs.

FLAVA WORKS, INC.  
and PHILLIP BLEICHER,

    Defendants.

_____/

### APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT PHILLIP BLEICHER

To the Clerk of the United States District Court for the Southern District of Florida:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiffs, A4A RESEAU, INC. and MARC PARENT, request that the Clerk enter the default of the following Defendant for failure to plead or otherwise defend against this action in a timely manner:

PHILLIP BLEICHER.

    1.    As evidenced by the proof of service on file with this Court [D.E. 13], the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on February 4, 2015.

    2.    The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on February 25, 2015.

The above-named Defendant has failed to plead or otherwise respond to this Complaint.

This request is based on the attached Declaration of Plaintiff.

DATED:  February 26, 2015.

Respectfully submitted,

**Bradley Legal Group, P.A.**

_____/s/_____
John F. Bradley, Esq.
Attorneys for Plaintiffs
15 Northeast 13th Avenue
Fort Lauderdale, FL 33301
Tel: (954) 523-6160
Fax: (954) 523-6190
Email: jb@bradlegal.com
Fla Bar. No 0779910