UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC., et al.

PLAINTIFF(S)

v.

PHILLIP BLEICHER, et al.,

DEFENDANT(S).

CASE NUMBER
1:15−cv−20245−MGC

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Phillip Bleicher**

as of course, on the date February 27, 2015.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Tamisha Powell*
Deputy Clerk

cc: Judge Marcia G. Cooke
A4A Reseau, Inc.
1473 Rue Wolfe

Montreal, QC
H2L3J5

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV–37 (10/01)