UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| A4A RESEAU, INC. and<br>MARC PARENT,<br><br>    Plaintiff,<br><br>vs.<br><br>FLAVA WORKS, INC. and<br>PHILLIP BLEICHER, individually,<br><br><br>    Defendants. | CASE NO.:  15-cv-20245-MGC |

LIMITED APPEARANCE

    Matthew Zukowsky enters his limited appearance on behalf of Petitioner FLAVA WORKS, INC. and PHILLIP BLEICHER solely for the purposes for the motions to quash in the above-entitled action.

    Respectfully Submitted,

    s/Matthew Zukowsky
    Attorney for Plaintiff

    Matthew Zukowsky
    Matthew H. Zukowsky
    General Counsel for Plaintiff
    19560 Havensway Court,
    Boca Raton, Florida 33498
    Matthew.zukowsky@gmail.com
    561-445-9471
    Attorney No. 0112311