UNITED STATES DISTRICT COURT<br>
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| A4A RESEAU, INC. and <br> MARC PARENT, <br><br>     Plaintiff, <br><br> vs. <br><br> FLAVA WORKS, INC. and <br> PHILLIP BLEICHER, individually, <br><br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )     CASE NO.:  15-cv-20245-MGC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

<u>NOTICE OF MOTION</u>

TO:   John Bradley
        15 Northesat 13th Ave
        Fort Lauderdale, FL 33301

      Please take notice that on March 19, 2015, I have caused to be filed with the Southern District Court of Florida the attached **DEFENDANT, FLAVA WORKS, INC.'s MOTION TO QUASH SERVICE OF PROCESS, DISMISS COMPLAINT AND INCORPORATED MEMORANDUM OF LAW** and **DEFENDANT, PHILIP BLEICHER'S VERIFIED MOTION TO QUASH SERVICE OF PROCESS, DISMISS COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**, a copy which was served upon you.

Dated: March 19, 2015                      Respectfully Submitted,
                                                        <u>s/Matthew H. Zukowsky</u>

                                                        Matthew H. Zukowsky, P.A.
                                                        19560 Havensway Court
                                                        Boca Raton, Fl, 33498
                                                        (561) 445-9471
                                                        Attorney No. 0112311

## CERTIFICATE OF SERVICE

      I hereby certify that I caused to be served a true and accurate copy of the foregoing **DEFENDANT, FLAVA WORKS, INC.'s MOTION TO QUASH SERVICE OF PROCESS, DISMISS COMPLAINT AND INCORPORATED MEMORANDUM OF LAW** and **DEFENDANT, PHILIP BLEICHER'S VERIFIED MOTION TO QUASH SERVICE OF PROCESS, DISMISS COMPLAINT AND INCORPORATED MEMORANDUM OF** by causing copies of the same to be filed electronically on March 19, 2015.

      Respectfully Submitted,

s/Matthew H. Zukowsky
Matthew H. Zukowsky, P.A.
19560 Havensway Court
Boca Raton, Fl, 33498
(561) 445-9471
Attorney No. 0112311