**EXHIBIT "B"**

**From:** John Bradley jb@bradlegal.com
**Subject:** New Litigation against Flava Works and Phillip Bleicher
**Date:** January 21, 2015 at 10:17 PM
**To:** uj.flavaworks@gmail.com, jshambeelaw@gmail.com
**Cc:** John Bradley jb@bradlegal.com





| | | | | | |
|---|---|---|---|---|---|
| ❓ | ❓ | ❓ | ❓ | ❓ | ❓ |
| 1-2.pdf | 1-3.pdf | 1-4.pdf | 1-5.pdf | 1-6.pdf | 1-main.pdf |

Counsel:

Be advised that our clients A4A Reseau, Inc. and Marc Parent have filed a lawsuit today against your clients Flava Works, Inc and Phillip Bleicher in the Southern District of Florida.

Copies of the pleadings are attached for your convenience.

As no other litigation is presently pending against our clients from yours any attempts to file new actions in other jurisdictions will be met with proper motions directed at such ill advised action.

This email shall provide you with actual notice of such action as a professional courtesy so as to avoid duplicative litigation.

We shall proceed with service of process accordingly.

Thank you for your attention.

Best,

JB

**JOHN F. BRADLEY, ESQ.**

# BRADLEY LEGAL GROUP, P.A.

CREATIVE REPRESENTATION FOR THE ARTS & BEYOND *SM*

15 Northeast 13th Avenue, Ft. Lauderdale, Florida 33301

Phone: (954) 523-6160  Fax: (954) 523-6190

www.bradlegal.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged.  If this information is received by anyone other than the named addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone (954) 523-6160 and delete the communication from any computer or network system.  In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s).  Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Bradley Legal Group, P.A. or  John F. Bradley, Esq. Additionally, to the extent that this transmission contains references to a disputed or litigated matter it is to be considered a confidential settlement communication unless otherwise specified in writing by the sender. Thank you.