**EXHIBIT "C"**

# BRADLEY | LEGAL GROUP P.A.

*Litigation – Intellectual Property – Entertainment – New Media - Mediation*

John F. Bradley, Esq.
*Admitted to Practice in Florida and Tennessee*

15 Northeast 13th Ave.
Ft Lauderdale, FL 33301
P  954.523.6160
F  954.523.6190
www.bradlegal.com

*Of Counsel:*
Geoffrey Robinson, Esq.
Dan Polley, Esq.

January 29, 2015

Ursula C. Jackson, Esq.                                      Email: uj.flavaworks@gmail.com
The Law Office of Ursula C. Jackson, PLLC
2525 Ponce De Leon Boulevard
Coral Gables, FL 33134

Juneitha Shambee                                             Email: jshambeelaw@gmail.com
Shambee Law Office Ltd.
Chicago, Illinois

      Re:    A4A Reseau, Inc. et.al. v Flava Works, Inc.

Dear Ladies:

      Please let me know if your client wishes to waive service or if we should proceed with the same.  I always think it is a good idea to keep taxable costs down when we know that significant litigation will follow.  Kindly give me the benefit of your reply.

                                    Sincerely yours,
                                      **Bradley Legal Group, P.A.**


                                      John Bradley, Esq.

JB/br