**EXHIBIT "I"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and MARC PARENT,        CASE NO. 1:15-cv-20245-MGC

    Plaintiffs,
vs.

FLAVA WORKS, INC. and PHILLIP BLEICHER,

    Defendants.
_____/

## DECLARATION OF JOANNA LUBCZANSKA, FRP

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. I am a Florida Registered Paralegal with Bradley Legal Group, P.A., Plaintiffs' counsel in this action. If called as a witness, I could and would competently testify thereto.

2. On April 6, 2015, I performed a web search in connection with Daniel Nelson, an affiant who swore that he is not employed by Defendant FLAVA WORKS, INC. ("FLAVA").

3. My search yielded results according to which Daniel ("Dan") Nelson is FLAVA's Creative Director, including, without limitation:

    (a)    Dan Nelson's LinkedIn profile page;

    (b)    An xbiz.com article titled "FlavaMen Mag Launches Blatino Awards" dated May 30, 2009; and

    (c)    The July/August 2006 issue of FLAVALIFE magazine.

4. True and correct copies of those results are attached hereto as *Exhibit "1."*

5. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 6, 2015, in Boca Raton, Florida.

                                                                       Joanna Lubczanska, FRP

**EXHIBIT "1"**



Search for people, jobs, companies, and more... Advanced

Home | Profile | Connections | Jobs | Interests | Business Services | Try Premium for free

Professional Women Only - Apply Now to the National Association of Professional Women. Register Free | Read More »

# Dan Nelson

Creative Director at Flava Works

Greater Chicago Area | Graphic Design

Send Dan InMail

4 connections

www.linkedin.com/pub/dan-nelson/3a/aa4/aa1/en

## Background

### Experience

**Creative Director**
Flava Works

### People Also Viewed

**Phillip Bleicher**
CEO at Flava Works

**Tim Bradley**
at Coats & Bennett

**ning ma**
Senior Legal Counsel at Alibaba.com

**Travis Burchart**
Social Media & Content Strategist at LexisNexis

**Joe Gratz**
Partner at Durie Tangri LLP

**Ian Burns**
Patent Attorney, Entrepreneur, Angel Investor

**Dominick Severance**
Associate Attorney at Fenton & Keller, PC

**C. Marc Benoît**
Co-Founder, Patent Agent at Benoît & Côté

**Cathy Coin**
Teacher at Prussing School

**Matt Condon**
Assistant Principal at Evanston/Skokie School District65

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | Upgrade Your Account

LinkedIn Corporation © 2015 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

robert friedman shared a document.

# FlavaMen Mag Launches Blatino Awards



Saturday, May 30, 2009
By JC Adams

MIAMI — FlavaMen Magazine has entered the porn-awards arena with its inaugural Blatino Awards. The kudos will honor ethnic clubs, adult performers and websites in a variety of categories and will be administered by parent company Flava Works.

The magazine is soliciting nominations from the public at BlatinoAwards.com through June 30. The spring and forthcoming summer editions of FlavaMen contain more detailed information about the awards show and its mission.

In the Clubs category up to three nominations are being accepted for Best Black Club and Best Latin Club, as well as Best Club Promoter.

The Websites category includes honors for Best Asian, Black and Latin Website, plus Best Blog and Best New Website.

The Blatino Porn category will recognize Best Acting Top, Bottom and Versatile performer, as well as Most Notable Porn Star.

Rounding out the category are Best Black and Latin DVD, Best Director and Best Studio.

The company reiterated its commitment to FlavaMen magazine following the news that Mavety Media Group would pull the plug on its gay adult publications, including Black Inches and Latin Inches.

"I am saddened to hear of the discontinuation of the circulation of some of the most popular gay adult magazines," said Flava Works Creative Director Dan Nelson. "FlavaMen Magazine has a huge void to fill but I think we can handle the task."

The five-year-old FlavaMen is a quarterly publication focused on "full-frontal photo spreads of Black and Latino men with articles, stories and interviews on the various aspects of the ethnic homosexual community."

[-] close window

cv-20245-MGC    Document 26-9    Entered on FLSD Docket 04/06/2015

# FLAVALIFE

www.FlavaLife.com

Black & Latino Gay Travel & Entertainment Guide  July/August 2006 ▪ Vol. 2 ▪ Issue 4



**In This Issue**

Cover Muscle Man
# HERCULES
from St LOUIS

## BALLROOM
### THE SUMMER BUZZ
Who to Watch

New Advice Column:
## Ask Brandon

U.S. $4.95 • Canada $5.95

0  74470 28583  0    06>



HX PRESENTS

# GAY EROTIC EXPO

WWW.GAYEROTICEXPO.COM

**SEPTEMBER 9 & 10, 2006**
LA Convention Center
Los Angeles

**OCTOBER 8 & 9, 2006**
Crobar
New York

"THE FANTASTIC FOOT TRAFFIC LED TO VERY SUCCESSFUL SALES." - Trace Wendell, Falcon Studios

"THE BEST GAY ADULT MARKETING EVENT, BAR NONE!" - Jeremy Spencer, Adonis Pictures

"THE MOST INCREDIBLE EXPOSURE FOR OUR COMPANY." - Graham Collins, Studmall.com

For exhibition, sponsorships, and advertising information please call 212-352-3535 and mention Gay Erotic Expo.

**MAJOR SPONSORS**
GAY ADULT RENTAL
BuyGay.com
JUSTUSBOYS

**MEDIA SPONSORS**
Fleshbot.com
#sleffixxx
pure Vanilla
AFTERPARTY SPONSOR
MANHUNT.net
rentboy.com
FLAVAMEN
unzipped
HX PERSONALS

**SPONSORS**
FALCON

produced by
HX MEDIA LLC
230 West 17th St, Eighth Floor
New York, NY 10011
TEL: 212.352.3535
FAX: 212.352.2597

---

# FLAVALIFE



## HERCULES

## FEATURES

Sidekick 3 vs. Moto Q by Kenneth Bufkin ............... 3
Ballroom by Frank Leon Roberts ............... 4
Black Prides & Events ............... 18
Hercules Photo Shoot ............... 38
Harry 'N Da Hood by Harry Pinkney ............... 60
The GOP, Marriage Bans and Blacks by Jasmyne A. Cannick ............... 62
Ask Brandon ............... 63
On the Scene ............... 64

## CREW
**Publisher -** Flava Works, Inc
**Editor-in-Chief -** Dekenric Wiley
**Contributors -** Jasmyne A. Cannick, Kenneth Bufkin, Harry Pinkney, Frank Leon Roberts, Rin Valentyne
**Creative Director -** Dan Nelson

## CONTACT US
**Flava Works, Inc.,** 2610 North Miami Avenue
Miami, FL 33127-4438
Phone: 877-FLAVALIFE (877-352-2854)
Fax: 866-935-7275
**Subscriptions -** To order subscriptions, change your address or ask about an existing subscription, call toll free Phone: 877-FLAVALIFE (877-352-2854)
**Web Site -** www.FlavaLife.com
**Advertising -** For rates and deadlines call Phone: 877-FLAVALIFE (877-352-2854), e-mail sales@flavalife.com or visit www.FlavaLife.com

*Flavalife (ISSN1557-2668) is published bimonthly by Flava Works, Inc. The entire contents of FlavaLife magazine are copyright © 2006 by Flava Works, Inc. and may not be reproduced in any manner, either whole or in part, without written permission from the publisher. All rights reserved.*

## CITIES AND MAPS

**Alabama**
Birmingham/Mobile/Montgomery ............... 19
**Arizona**
Phoenix ............... 19
**California**
Los Angeles ............... 19
San Diego ............... 23
San Francisco ............... 25
Oakland ............... 26
**Colorado**
Denver ............... 26
**District of Columbia**
Washington, D.C. ............... 27
**Florida**
Fort Lauderdale ............... 28
Hollywood ............... 31
Jacksonville ............... 31
Key West ............... 31
Miami ............... 33
Orlando ............... 34
Tallahassee ............... 34
Tampa ............... 34
**Georgia**
Atlanta ............... 35
**Illinois**
Chicago ............... 44
**Indiana**
Indianapolis ............... 47
**Louisiana**
New Orleans ............... 47
**Maryland**
Baltimore ............... 47
**Michigan**
Detroit ............... 48
**Minnesota**
Minneapolis ............... 48
**Mississippi**
Jackson ............... 48
**Missouri**
St. Louis ............... 49
**Nevada**
Las Vegas ............... 48
**New York**
New York City ............... 46
**North Carolina**
Charlotte/Winston-Salem/Greensboro/Asheville ............... 48
**Ohio**
Cincinnati/Cleveland/Columbus ............... 49
**Pennsylvania**
Philadelphia ............... 49
Pittsburgh ............... 54
**Rhode Island**
Providence ............... 54
**South Carolina**
Greenville ............... 54
**Tennessee**
Memphis/Nashville ............... 55
**Texas**
Austin ............... 55
Dallas, Fort Worth ............... 56
Houston ............... 58
**Virginia**
Richmond ............... 58
**Washington**
Seattle ............... 58
**Wisconsin**
Superior/Milwaukee ............... 59
**Puerto Rico**
San Juan ............... 59
**Mexico**
Puerto Vallarta ............... 59
**St Croix** ............... 59

