**EXHIBIT "K"**

# CITY OF CHICAGO

# LICENSE CERTIFICATE
## NON-TRANSFERABLE

BY THE AUTHORITY OF THE **CITY OF CHICAGO**, THE FOLLOWING SPECIFIED LICENSE IS HEREBY GRANTED TO

NAME: **FLAVA WORKS, INC.**

DBA: Flava Works, Inc

AT: 933 W. IRVING PARK RD., Floor 2 & 3, Apt./Suite C
CHICAGO, IL 60613

PRINTED ON: 06/19/2014

LICENSE NO.: 2048175
CODE: 1010
FEE $****250.00

LICENSE: Limited Business License

PRESIDENT: PHILLIP G. BLEICHER
SECRETARY: WARREN BULLOCK

This license is a privilege granted and not a property right. This license is the property of the City of Chicago.

THIS LICENSE IS ISSUED AND ACCEPTED SUBJECT TO THE REPRESENTATIONS MADE ON THE APPLICATION THEREFOR, AND MAY BE SUSPENDED OR REVOKED FOR CAUSE AS PROVIDED BY LAW. LICENSEE SHALL OBSERVE AND COMPLY WITH ALL LAWS, ORDINANCES, RULES AND REGULATIONS OF THE UNITED STATES GOVERNMENT, STATE OF ILLINOIS, COUNTY OF COOK, CITY OF CHICAGO AND ALL AGENCIES THEREOF:

WITNESS THE HAND OF THE MAYOR OF SAID CITY AND THE CORPORATE SEAL THEREOF
THIS 18 DAY OF JUNE, 2014

EXPIRATION DATE: June 15, 2016

ATTEST:

Rahm Emanuel, MAYOR
Susana A. Mendoza, CITY CLERK

ACCOUNT NO. 300499   SITE: 2
TRANS NO.

THIS LICENSE MUST BE POSTED IN A CONSPICUOUS PLACE UPON THE LICENSED PREMISES.