**EXHIBIT "L"**

# Florida Department of State
## Division of Corporations

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

# Detail by Officer/Registered Agent Name

**Florida Profit Corporation**

FW MEDIA, INC

**Filing Information**

| **Document Number** | P14000003653 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 01/13/2014 |
| **Effective Date** | 01/06/2014 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

2610 NORTH MIAMI AVE
SUITE B
MIAMI, FL 33127

**Mailing Address**

2610 NORTH MIAMI AVE
SUITE B
MIAMI, FL 33127

**Registered Agent Name & Address**

BLEICHER, PHILLIP
2610 NORTH MIAMI AVE
SUITE B
MIAMI, FL 33127

**Officer/Director Detail**

**Name & Address**

Title P

BLEICHER, PHILLIP
2610 NORTH MIAMI AVE
MIAMI, FL 33127

**Annual Reports**

Copyright © and Privacy Policies
State of Florida, Department of State

Case 1:15-cv-20245-MGC   Document 26-12   Entered on FLSD Docket 04/06/2015   Page 3 of 7

**Document Images**

[01/13/2014 -- Domestic Profit](#)  [ View image in PDF format ]

# Florida Department of State
## Division of Corporations

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

# Detail by Officer/Registered Agent Name

**Florida Profit Corporation**

FLAVA WORKS WORLDWIDE INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P14000004414 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 01/14/2014 |
| **Effective Date** | 01/14/2014 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

2610 NORTH MIAMI AVE
MIAMI, FL 33127

**Mailing Address**

2610 NORTH MIAMI AVE
MIAMI, FL 33127

**Registered Agent Name & Address**

BLEICHER, PHILLIP
2610 NORTH MIAMI AVE
MIAMI, FL 33127

**Officer/Director Detail**

**Name & Address**

Title P

BLEICHER, PHILLIP
2610 NORTH MIAMI AVE
MIAMI, FL 33127

**Annual Reports**

No Annual Reports Filed

Copyright © and Privacy Policies
State of Florida, Department of State

01/14/2014 -- Domestic Profit     View image in PDF format

# Florida Department of State
## Division of Corporations

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

# Detail by Officer/Registered Agent Name

**Florida Profit Corporation**

DTF CREATIVE LABS INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P14000036390 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 04/23/2014 |
| **Effective Date** | 04/21/2014 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

2610 NORTH MIAMI AVE
MIAMI, FL 33127

**Mailing Address**

2610 NORTH MIAMI AVE
MIAMI, FL 33127

**Registered Agent Name & Address**

BUTLER, VINCE
2610 NORTH MIAMI AVE
MIAMI, FL 33127

**Officer/Director Detail**

**Name & Address**

Title P

BUTLER, VINCE
2610 NORTH MIAMI AVE
MIAMI, FL 33127

Title VP

COOPER, RICHARD
2610 NORTH MIAMI AVE
MIAMI, FL 33127

Copyright © and Privacy Policies
State of Florida, Department of State

BLEICHER, PHILLIP
2610 NORTH MIAMI AVE
MIAMI, FL 33127

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

04/23/2014 -- Domestic Profit    [ View image in PDF format ]