**EXHIBIT "N"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and MARC PARENT,                CASE NO. 1:15-cv-20245-MGC

    Plaintiffs,

vs.

FLAVA WORKS, INC. and PHILLIP BLEICHER,

    Defendants.
_____/

## DECLARATION OF TRAVIS LIFE, ESQ.

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1.    I am an Illinois attorney and one of the counsel of record for Plaintiffs in this action as Defendants in an action in the Northern District of Illinois (NDIL Case No. 15-cv-00610 (*Flava Works, Inc. v. A4A Reseau, Inc. et. al.,* the "Chicago action.") If called as a witness, I could and would competently testify thereto.

2.    On March 3, 2015, I attended a hearing in the Chicago action on presentment of Defendants Motion to Transfer, etc. in the Chicago action.

3.    A male identified by counsel for Flava Works, Inc. as Phillip Bleicher, the owner of Flava Works, Inc. attended the presentment of the Motion to Transfer.

5.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2015, in  Philadelphia, PA.

                                                               _____
                                                                 Travis Life, Esq.