UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and MARC PARENT,           CASE NO. 1:15-cv-20245-MGC

    Plaintiffs,
vs.

FLAVA WORKS, INC. and PHILLIP BLEICHER,

    Defendants.
_____/

### NOTICE OF FILING EXHIBITS TO PLAINTIFFS' RESPONSE TO DEFENDANT, PHILLIP BLEICHER'S MOTION TO QUASH SERVICE OF PROCESS AND DISMISS COMPLAINT [DE-27]

Plaintiffs, A4A RESEAU, INC. and MARC PARENT, by and through their undersigned counsel, hereby file Exhibits A-N to their Response to Defendant, PHILLIP BLEICHER's Motion to Quash Service of Process and Dismiss [DE-27] ("Motion").

Plaintiffs electronically filed their Response to Defendant, FLAVA WORKS, INC.'s Motion to Quash Service of Process and Dismiss with Exhibits A-N thereto [DE-26]. Immediately thereafter, Plaintiffs attempted several times to electronically file their Response to Defendant, PHILLIP BLEICHER's Motion to Quash Service of Process and Dismiss with Exhibits A-N thereto, but were unable to due to system error messages they were receiving. See, **Exhibit "1"** hereto. Plaintiffs were finally able to file their Motion alone, without exhibits thereto [DE-27], and are hereby filing their Exhibits A-N to their Motion, as follows:

| | |
|---|---|
| *Exhibit "A"* | Complaint in Case No. 1:14-CV-23208 |
| *Exhibit "B"* | Plaintiffs' e-mail with a courtesy copy of the filed pleading to Defendants' counsel |
| *Exhibit "C"* | Plaintiffs' letter to Defendants' counsel regarding waiving service |
| *Exhibit "D"* | FLAVA's 2011, 2014, and 2015 Florida Profit Corporation Annual Reports |
| *Exhibit "E"* | FLAVA's Sunbiz record |
| *Exhibit "F"* | Affidavit of Non-Service |
| *Exhibit "G"* | FLAVA's Chicago Complaint |

1

| | |
|---|---|
| *Exhibit "H"* | Returns on FLAVA and BLEICHER in Chicago |
| *Exhibit "I"* | Declaration of Joanna Lubczanska, FRP |
| *Exhibit "J"* | Photograph of Defendants' Chicago mailbox |
| *Exhibit "K"* | City of Chicago's Business License Certificate for FLAVA |
| *Exhibit "L"* | Three (3) other Florida corporations formed by BLEICHER in 2014 |
| *Exhibit "M"* | Motion to Transfer in Chicago Action |
| *Exhibit "N"* | Declaration of Travis Life, Esq. |

### CERTIFICATE OF SERVICE
### OF ELECTRONIC FILING GENERATED BY CM/ECF

I HEREBY CERTIFY that on this 6th day of April, 2015, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by this Court's CM/ECF System, or in some other authorized manner for those counsel or parties who are not authorized to electronically receive notice of electronic filing.

Respectfully Submitted,

**Bradley Legal Group, P.A.**
*Counsel for Plaintiffs*
15 Northeast 13th Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 523-6160
Facsimile: (954) 523-6190

By: _____/s/_____
John F. Bradley, Esq.
Florida Bar No.: 0779910
Email: jb@bradlegal.com

## SERVICE LIST

Matthew H. Zukowsky, Esq.
matthew.zukowsky@gmail.com
*Attorney for Defendants*
Matthew H. Zukowsky, P.A.
19560 Havensway Court
Boca Raton, FL, 33498
Tel: (561) 445-9471
**Service via CM/ECF**