# EXHIBIT "1"

     

## Responses and Replies to Motions

1:15-cv-20245-MGC A4A Reseau, Inc. et al v. Bleicher et al

Warning: The transaction you submitted has already been accepted and posted by this system. If your original submission contained an error, you must contact the court for further instructions on how to void it. If this submission was inadvertently submitted (clicking on the Next link on the previous page twice), you may find details about your original submission by viewing your transaction log. Additional information follows:

| | |
|---|---|
| Transaction Id | |
| Date/Time of Submission | **2015-04-06 22:19:18** |
| User Name | **Bradley, John** |
| Case Number | **1-15-cv-20245** |
| Document Number | **26** |
| Text | **RESPONSE in Opposition re [20] Defendant's MOTION to Quash *Service of Process, Dismiss Complaint and Incorporated Memorandum of Law* filed by A4A Reseau, Inc., Marc Parent. Replies due by 4/16/2015. (Attachments: # (1) Ex** |

error:stopCheckLog
Error call to backend server failed with (error:stopCheckLog
)