**EXHIBIT "D"**

# 2011 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P06000070263

**FILED**
Apr 28, 2011
Secretary of State

**Entity Name:** FLAVA WORKS INC.

**Current Principal Place of Business:**

2610 NORTH MIAMI AVENUE
MIAMI, FL  33127     US

**New Principal Place of Business:**

**Current Mailing Address:**

2610 NORTH MIAMI AVENUE
MIAMI, FL  33127     US

**New Mailing Address:**

FEI Number: 20-1837529     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

SUTTON, JOHN R ESQ.
JOHN R. SUTTON & ASSOCIATES, P.A.
7721 SW 62ND AVE  STE 101
S MIAMI, FL  33143  US

**Name and Address of New Registered Agent:**

BLEICHER, PHILLIP
2610 NORTH MIAMI AVE
MIAMI, FL  33127     US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:     PHILLIP BLEICHER                                                         04/28/2011
                      Electronic Signature of Registered Agent                                       Date

**OFFICERS AND DIRECTORS:**

Title:          P,D
Name:        BLEICHER, PHIL
Address:     2610 NORTH MIAMI AVENUE
City-St-Zip: MIAMI, FL  33127 US

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:     PHILLIP BLEICHER                                    PB                 04/28/2011
                      Electronic Signature of Signing Officer or Director                         Date

# 2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P06000070263

**Entity Name:** FLAVA WORKS INC.

**Current Principal Place of Business:**

2610 NORTH MIAMI AVENUE
MIAMI, FL 33127

**Current Mailing Address:**

2610 NORTH MIAMI AVENUE
MIAMI, FL 33127 US

**FEI Number:** 20-1837529

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BLEICHER, PHILLIP
2610 NORTH MIAMI AVE
MIAMI, FL 33127 US

FILED
Mar 31, 2014
Secretary of State
CC8404843595

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P,D |
| Name | BLEICHER, PHIL |
| Address | 2610 NORTH MIAMI AVENUE |
| City-State-Zip: | MIAMI FL 33127 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: PHILLIP BLEICHER          CEO          03/31/2014

Electronic Signature of Signing Officer/Director Detail          Date

**2015 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P06000070263

**Entity Name:** FLAVA WORKS INC.

FILED
Mar 03, 2015
Secretary of State
CC6421683947

**Current Principal Place of Business:**

833 SW 14TH AVE
MIAMI, FL 33135

**Current Mailing Address:**

833 SW 14TH AVE
MIAMI, FL 33135 US

**FEI Number:** 20-1837529

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BLEICHER, PHILLIP
833 SW 14TH AVE
MIAMI, FL 33135 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:

Electronic Signature of Registered Agent                                       Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P, D |
| Name | BLEICHER, PHIL |
| Address | 833 SW 14TH AVE |
| City-State-Zip: | MIAMI FL 33135 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: PHILLIP BLEICHER                                   CEO                              03/03/2015

Electronic Signature of Signing Officer/Director Detail                                     Date