**EXHIBIT "E"**

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|---|---|---|---|---|---|

# Detail by Entity Name

**Florida Profit Corporation**

FLAVA WORKS INC.

**Filing Information**

**Document Number**	P06000070263
**FEI/EIN Number**	201837529
**Date Filed**	05/18/2006
**State**	FL
**Status**	ACTIVE

**Principal Address**

833 SW 14th Ave
MIAMI, FL 33135

Changed: 03/03/2015

**Mailing Address**

833 SW 14th Ave
MIAMI, FL 33135

Changed: 03/03/2015

**Registered Agent Name & Address**

BLEICHER, PHILLIP
833 SW 14th AVE
MIAMI, FL 33135

Name Changed: 04/28/2011

Address Changed: 03/03/2015

**Officer/Director Detail**

**Name & Address**

Title P, D

BLEICHER, PHIL
833 SW 14th AVE

Copyright © and Privacy Policies
State of Florida, Department of State

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2013 | 04/13/2013 |
| 2014 | 03/31/2014 |
| 2015 | 03/03/2015 |

## Document Images

| | |
|---|---|
| 03/03/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/28/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/17/2010 -- ANNUAL REPORT | View image in PDF format |
| 07/13/2009 -- ANNUAL REPORT | View image in PDF format |
| 07/21/2008 -- ANNUAL REPORT | View image in PDF format |
| 06/09/2008 -- Reg. Agent Change | View image in PDF format |
| 08/21/2007 -- ANNUAL REPORT | View image in PDF format |
| 05/18/2006 -- Domestic Profit | View image in PDF format |