**EXHIBIT "F"**

## AFFIDAVIT OF NON-SERVICE

**State of Florida**                    **County of Southern**                    **District Court**

Case Number: 15-CV-20245-COOKE/TORRES

Plaintiff:
**A4A RESEAU, INC., AND MARC PARENT,**

vs.

Defendant:
**FLAVA WORKS, INC., AND PHILLIP BLEICHER,**

For:
John F. Bradley
BRADLEY LEGAL GROUP, P.A.
15 N.E. 13 Avenue
Fort Lauderdale, FL 33301

Received by D J PROCESS SERVICE, INC on the 30th day of January, 2015 at 10:43 am to be served on **FLAVA WORKS, INC. c/o PHILIP BLEICHER, REGISTERED AGENT, 2610 NORTH MIAMI AVENUE, MIAMI, FL 33127**.

I, Hugo Mata, being duly sworn, depose and say that on the **13th day of February, 2015** at **10:23 am, I:**

**NON-SERVED** the **Summons In A Civil Action (21) days, Complaint for Declaratory Judgment, and Exhibits** for the reason that I failed to find **FLAVA WORKS, INC. c/o PHILIP BLEICHER, REGISTERED AGENT** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
1/30/2015  11:32 am  2610 NORTH MIAMI AVENUE, MIAMI, FL 33127- COMPANY IS NO LONGER AT GIVEN ADDRESS NEW COMPANY THERE  FOR 7 MONTHS CALLED  ROYAL BYCKOVAS
1/30/2015  3:41 pm  833 SW 14 AVENUE, MIAMI, FL 33127--NO SUCH ADDRESS

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action.  Pursuant to FS 92.525(2), no notary is required.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE / BROWARD / PALM BEACH
Subscribed and Sworn to before me on the 13th day of February, 2015 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**Hugo Mata**
324

**D J PROCESS SERVICE, INC**
**4784 Nw 3rd Court**
**Plantation, FL 33317**
**(954) 401-9479**

Our Job Serial Number: CPN-2015004157
Service Fee: _____

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r