**EXHIBIT "H"**

## AFFIDAVIT OF SERVICE

| State of Florida | County of Southern | District Court |
|---|---|---|

Case Number: 15-CV-20245-COOKE/TORRES

Plaintiff:
**A4A RESEAU, INC., AND MARC PARENT,**
vs.
Defendant:
**FLAVA WORKS, INC., AND PHILLIP BLEICHER,**

For: John F. Bradley
BRADLEY LEGAL GROUP, P.A.

Received by D J PROCESS SERVICE, INC on the 30th day of January, 2015 at 10:43 am to be served on **FLAVA WORKS, INC., 933 W. IRVING PARK ROAD, APT C, CHICAGO, IL 60613-3074**, I, _BILLY      MOLDEN_, being duly sworn, depose and say that on the _4_ day of _FEB_, 20_14_ at _3:50_ m., executed service by delivering a true copy of the **Summons In A Civil Action (21) days, Complaint for Declaratory Judgment, and Exhibits** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ Served the within-named agency by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

(X) CORPORATE SERVICE: By serving _John Doe( Refused To Give Name)_ as _AGENT_ Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _5_ day of _FEB_, 20_15_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
PROCESS SERVER # _129.927813_
Appointed in accordance with State Statutes

**D J PROCESS SERVICE, INC**
**4784 Nw 3rd Court**
**Plantation, FL 33317**
**(954) 401-9479**

Our Job Serial Number: 2015004157

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/17

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

## AFFIDAVIT OF SERVICE

**State of Florida**                    **County of Southern**                    **District Court**

Case Number: 15-CV-20245-COOKE/TORRES

Plaintiff:
**A4A RESEAU, INC., AND MARC PARENT,**
vs.
Defendant:
**FLAVA WORKS, INC., AND PHILLIP BLEICHER,**

For: John F. Bradley
BRADLEY LEGAL GROUP, P.A.

Received by D J PROCESS SERVICE, INC on the 30th day of January, 2015 at 10:43 am to be served on **PHILLIP BLEICHER, 933 W. IRVING PARK ROAD, APT C, CHICAGO, IL 60613-3074,** I, _BILLY_ _MOLDEN_, being duly sworn, depose and say that on the _4_ day of _FEB_, 20_15_ at _3:50_ _p_.m., executed service by delivering a true copy of the **Summons In A Civil Action (21) days, Complaint for Declaratory Judgment, and Exhibits** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me, to in compliance with State Statutes.

(X) SUBSTITUTE SERVICE: By serving _John Doe (Refused to give Name)_ as _Co-Resident_. Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with Florida State Statute 48.031, by serving the copies at his or her usual place of abode with person residing therein who is 15 years of age or older and informing the person of their contents, with the date, hour and intials of service endorsed thereon by me, to in compliance with State Statutes.

( ) POSTED SERVICE: After attempting service on ___/___/___ at _____ and on ___/___/___ at _____ to a conspicuous place on the property described herein with the date, hour and intials of service endorsed thereon by me

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes  or ( ) No   If yes, what branch? _REFUSED_

Marital Status: ( ) Married  or ( ) Single   Name of Spouse _REFUSED_

**COMMENTS:** _____
_____
_____
_____

Age _55-62_ Sex (M) F  Race _White_  Height _5'6"_  Weight _170_  Hair _Lt. Brown_  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _5_ day
of _FEB_, _2015_ by the affiant who is
personally known to me.

_Thomas F Dolan_
NOTARY PUBLIC

PROCESS SERVER # _129-027813_
Appointed in accordance with State Statutes

**D J PROCESS SERVICE, INC**
**4784 Nw 3rd Court**
**Plantation, FL 33317**
**(954) 401-9479**

Our Job Serial Number: 2015004158

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/17

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r