**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| A4A RESEAU, INC. and )<br>MARC PARENT, )<br> )<br>      Plaintiff, )<br> )<br>vs. )<br> )<br>FLAVA WORKS, INC. and )<br>PHILLIP BLEICHER, individually, )<br> )<br>      Defendants. ) | CASE NO. 15-cv-20245-MGC |

**NOTICE OF FILING**

TO:    John Bradley
       15 Northesat 13th Ave
       Fort Lauderdale, FL 33301

       YOU ARE HEREBY NOTIFIED that on <u>April 16, 2015</u>, I have caused to be filed with the Clerk of the District Court the attached Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Quash Service and Dismiss Complaint.

<u>Matthew H. Zukowsky, Esq.</u>
Matthew H. Zukowsky, P.A.

**CERTIFICATE OF SERVICE**

I, Matthew Zukowsky, Esq., an attorney, state that I served a true and correct copy of the Supplemental Appearance upon Defendants through its attorney of record via the Court's ECF system on April 16, 2015.

_____
Attorney

Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
(561) 445-9471
Attorney No. 0112311