UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and MARC PARENT,        CASE NO. 1:15-cv-20245-MGC

    Plaintiffs,
vs.

FLAVA WORKS, INC. and PHILLIP BLEICHER,

    Defendants.
_____/

# NOTICE OF PENDING, REFILED, RELATED, AND/OR SIMILAR ACTIONS

Pursuant to S.D.Fla. Local Rule 3.8, a notice is hereby given of the existence of other action as described in Section 2.15.00 of the Court's Internal Operating Procedures, namely, Case No. 1:15-cv-21592-KMM styled *Flava Works, Inc. v.* A4A *Reseau, Inc., A4A Network, Inc., and Mark Parent*, transferred to the United States District Court for the Southern District of Florida from the Northern District of Illinois.

## CERTIFICATE OF SERVICE
## OF ELECTRONIC FILING GENERATED BY CM/ECF

I HEREBY CERTIFY that on this 4th day of May, 2015, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by this Court's CM/ECF System, or in some other authorized manner for those counsel or parties who are not authorized to electronically receive notice of electronic filing.

Respectfully Submitted,

**Bradley Legal Group, P.A.**
*Counsel for Plaintiffs*
15 Northeast 13th Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 523-6160
Facsimile: (954) 523-6190

By: _____/s/_____
John F. Bradley, Esq.
Florida Bar No.: 0779910
Email: jb@bradlegal.com

## SERVICE LIST

Matthew H. Zukowsky, Esq.
matthew.zukowsky@gmail.com
*Attorney for Defendants*
Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Suite 700
Miami, Florida 33137
Tel: (561) 445-9471
**Service via CM/ECF**