UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| A4A RESEAU, INC., A4A NETWORK, INC., MARC PARENT )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FLAVA WORKS, INC., PHILLIP BLEICHER, )<br>)<br>)<br>Defendants. ) | CASE NO.: 1:15-cv-20245-MGC |

NOTICE OF MOTION

TO:   John Bradley
      15 Northeast 13th Ave
      Fort Lauderdale, FL 33301

YOU ARE HEREBY NOTIFIED that on June 30, 2015, I have caused to be filed with the Clerk of the District Court the attached **MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**.

/s/ Matthew H. Zukowsky
Matthew H. Zukowsky, P.A.

CERTIFICATE OF SERVICE

I, Matthew Zukowsky, Esq., an attorney, state that I served a true and correct copy of the Motion upon Defendants through its attorney of record via the Court's ECF system on June 30, 2015.

/s/ Matthew H. Zukowsky
Attorney

Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
 (561) 445-9471
Attorney No. 0112311