UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| A4A RESEAU, INC., A4A NETWORK, INC., MARC PARENT  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>FLAVA WORKS, INC., PHILLIP BLEICHER,  )<br>)<br>)<br>Defendants.  ) | CASE NO.: 1:15-cv-20245-MGC |

**MOTION TO STRIKE NOTICE OF MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

NOW COMES, Defendants, by and thru his, Matthew H. Zukowsky, Esq., and requesting this Court to strike the Notice of Motion filed on June 30, 2015, due to the inability to file the accompanying Motion via the ECF/CMC website system.

WHEREFORE, Matthew Zukowsky, Esq., moves this Court to enter an Order striking Defendants' Notice of Motion To Appear Pro Hac Vice, Consent To Designation, And Request To Electronically Receive Notice Of Electronic Filing.

Date: July 2, 2015   Respectfully submitted,

s/ Matthew Zukowsky
Matthew H. Zukowsky, Esq.
Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
305.677.0022 Ext. 813
Attorney No. 0112311