UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20245-Civ-COOKE/TORRES
Case No. 15-21592-Civ-COOKE/TORRES

A4A RESEAU, INC. and MARC
PARENT,

    Plaintiffs,

vs.

FLAVA WORKS, INC. and
PHILLIP BLEICHER,

    Defendants.
_____/

## ORDER CONSOLIDATING CASES

THIS MATTER is before me on an independent review of the record. The present action raises essentially identical facts and claims as in *Flava Works, Inc. v. A4A Reseau, Inc., A4A Network, Inc., and Mark Parent*, Case No. 15-21592. Accordingly, it is **ORDERED AND ADJUDGED** that these cases shall be **CONSOLIDATED**, as follows:

1.     *Flava Works, Inc. v. A4A Reseau, Inc., A4A Network, Inc., and Mark Parent*, Case No. 15-21592, is **CONSOLIDATED** with related lower-numbered action, *A4A Reseau, Inc. and Marc Parent v. Flava Works, Inc. and Phillip Bleicher*, Case No. 15-20245.

2.     All claims and causes of action in *Flava Works, Inc. v. A4A Reseau, Inc., A4A Network, Inc., and Mark Parent*, Case No. 15-21592 shall be counterclaims in the lower-numbered action.

3.     Higher-numbered action *Flava Works, Inc. v. A4A Reseau, Inc., A4A Network, Inc., and Mark Parent*, Case No. 15-21592, is *administratively* **CLOSED**. All previous orders, deadlines and case schedules filed in Case No. 15-21592 are **VACATED.**

4. The caption of this case will hereafter be styled as:

A4A RESEAU, INC. and MARC PARENT,

Plaintiffs/Counter-Defendants,

vs.

FLAVA WORKS, INC. and PHILLIP BLEICHER,

Defendants/Counter-Plaintiffs.

**DONE and ORDERED** in chambers at Miami, Florida, this 9th day of July 2015.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*