UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and MARC PARENT,                      CASE NO. 1:15-cv-20245-MGC

      Plaintiffs/Counter-Defendants,
vs.

FLAVA WORKS, INC. and PHILLIP BLEICHER,

      Defendants/Counter-Plaintiffs.
_____/

**PLAINTIFFS/COUNTER-DEFENDANTS' MOTION TO STRIKE AS *MOOT*
DEFENDANT/COUNTER-PLAINTIFF FLAVA WORKS, INC.'S MOTION TO QUASH
SERVICE OF PROCESS AND DISMISS COMPLAINT [DE-20]**

Plaintiffs/Counter-Defendants, A4A RESEAU, INC. and MARC PARENT ("Plaintiffs"), by and through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, submit their Motion to Strike as *Moot* Defendant/Counter-Plaintiff FLAVA WORKS, INC. ("FLAVA")'s Motion to Quash Service of Process and Dismiss Complaint [DE-20] ("Motion to Quash"), and in support thereof state as follows:

1. FLAVA's Motion to Quash has been briefed by the parties herein, and is currently set for an evidentiary hearing on July 22, 2015.

2. Today, this Court consolidated this case with a related case initiated by FLAVA ("Counterclaim"), which raised essentially identical facts, claims, and parties. [DE-41].

3. Consolidation of the actions rendered FLAVA's Motion to Quash as *moot*, and the record now reflects FLAVA's submission to the personal jurisdiction of this Court's by virtue of FLAVA's Counterclaim.

4. In two other actions involving almost an identical scenario, initiated in this District ("SDFL") and the Northern District of Georgia ("NDGA"), the NDGA court dismissed as *moot* a defendant's motion to quash, vacate default, and dismiss "since the consolidated

1

actions involve[d] the same patent and substantially the same parties…" *See* Order from the NDGA in Case No. 1:04-cv-873-RLV attached hereto as **Exhibit "A."**

5. Just as Plaintiffs herein, plaintiffs therein filed a complaint for declaratory judgment in the NDGA after defendant therein initiated in the SDFL an infringement action against the plaintiffs. *See* Complaint for Declaratory Judgment attached hereto as **Exhibit "B."**

6. Similarly, defendant in the NDGA action filed a motion to quash service of process, to vacate default, and to dismiss, on the premise that it had not been properly served. *See* Supplemental Response with supporting Affidavits attached hereto as **Exhibit "C;"** *see also* docket for the NDGA case attached hereto as **Exhibit "D."**

7. After the motion to quash was briefed by the parties in the NDGA action, the initial SDFL case was transferred to the NDGA and then consolidated with the NDGA action. *See* **Exhibit "D."**

8. The court then dismissed as *moot* defendant's motion to quash, vacate, and dismiss, not based on the parties' briefs, but simply due to the consolidation. *See* **Exhibits "A" and "D."**

9. Should this Court also dismiss as *moot* FLAVA's Motion to Quash in light of today's consolidation, the issues for the upcoming evidentiary hearing would be limited to Defendant/Counter-Plaintiff PHILLIP BLEICHER's Motion to Quash [DE-23].

WHEREFORE, Plaintiffs/Counter-Defendants respectfully request that, due to the consolidation, this Court strike by dismissing as *moot* Defendant/Counter-Plaintiff FLAVA's Motion to Quash Service of Process and Dismiss Complaint [DE-20], and order any further relief the Court deems appropriate.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, and Defendants/Counter-Plaintiffs' counsel has not agreed to the relief sought herein.

Dated: July 9, 2015.                             Respectfully submitted,

**BRADLEY LEGAL GROUP, P.A.**
*Counsel for Plaintiffs/Counter-Defendants*
15 Northeast 13th Avenue
Fort Lauderdale, Fl 33301
Tel: (954) 523-6160
Fax: (954) 523-6190


By:    /s/ John F. Bradley
       John F. Bradley, Esq.
       Fla. Bar No. 0779910
       jb@bradlegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or *pro se* parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ John F. Bradley  
     John F. Bradley, Esq.  
     Fla. Bar No. 0779910  
     jb@bradlegal.com

*Bradley Legal Group, P.A.*, *15 Northeast 13th Avenue, Fort Lauderdale, FL 33301 (954) 523-6160*

## SERVICE LIST

Matthew H. Zukowsky, Esq.
matthew.zukowsky@gmail.com
*Attorney for Defendants/Counter-Plaintiffs*
Matthew H. Zukowsky, P.A.
19560 Havensway Court
Boca Raton, FL, 33498
Tel: (561) 445-9471
**Service via CM/ECF**