UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| A4A RESEAU, INC., A4A NETWORK, INC., and MARC PARENT, )<br><br>Plaintiff, )<br><br>vs. )<br><br>FLAVA WORKS, INC. and PHILLIP BLEICHER, individually, )<br><br>Defendants. ) | CASE NO. 15-cv-20245-MGC |

NOTICE OF STRIKING

TO:   John Bradley
      15 Northesat 13th Ave
      Fort Lauderdale, FL 33301

YOU ARE HEREBY NOTIFIED that on July 1, 2015, I have caused to be filed with the Clerk of the District Court the attached **DEFENDATS/COUNTER-PLAINTIFFS' MOTION TO CONTINUE EVIDENTIARY HEARING**.

Matthew H. Zukowsky, Esq.
Matthew H. Zukowsky, P.A.

CERTIFICATE OF SERVICE

I, Matthew Zukowsky, Esq., an attorney, state that a true and correct copy of the foregoing was furnished electronically via the Court's CM/ECF system on this 10 day of July, 2015 to all parties on the below Service List.

/s/ Matthew H. Zukowsky, Esq.
Attorney

Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
(561) 445-9471
Attorney No. 0112311