UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and
MARC PARENT,

CASE NO. 15-cv-20245-MGC

    Plaintiffs/Counter-Defendants,

vs.

FLAVA WORKS, INC. and
PHILLIP BLEICHER,

    Defendants/Counter-Plaintiffs.
_____/

## DEFENDANTS/COUNTER-PLAINTIFFS' MOTION TO CONTINUE EVIDENTIARY HEARING

Defendants/Counter-Plaintiffs, FLAVA WORKS, INC. ("**Flava**") and PHILLIP BLEICHER ("**Bleicher**") (collectively, the "**Defendants**"), by and through undersigned counsel, pursuant to S.D.Fla.L.R. 7.1(a)(1)(G) and 7.6, and hereby files its Motion to Continue Evidentiary Hearing on Defendants' Motions to Quash Service [D.E. 33], and in support thereof states:

1. On or about January 21, 2015, Plaintiffs, A4A RESEAU, INC. and MARC PARENT (collectively, "**Plaintiffs**"), filed the instant complaint against Defendants.

2. On March 19, 2015, Flava and Bleicher filed respective Motions to Quash Service of Process, Dismiss Complaint and Incorporated Memorandum of Law (the "**Motions to Quash**") [D.E. 20 and 23].

3. On June 24, 2015, the Court entered an Order setting the Motions to Quash for evidentiary hearing scheduled for July 2, 2015 at 2:00pm (the "**Evidentiary Hearing**") and further instructed the parties to be "prepared to present information regarding the employment

status of Dan Nelson, the location of Defendant Flava Works, Inc.'s registered corporate agent, and any other evidence pertinent to the issues briefed." [D.E. 32].

4. On June 25, 2015, following a telephonic conference with the parties hereto, the Court entered an Order Re-Scheduling Evidentiary Hearing on Defendants' Motions to Quash which is presently scheduled for July 22, 2015 at 3:30pm (the "**Order Setting Hearing**") [D.E. 33].

5. Due to mistake, inadvertence or excusable neglect, undersigned counsel incorrectly informed the Court and Plaintiffs' counsel that Bleicher and the witnesses expected to testify at the Evidentiary Hearing were available on July 22, 2015, as more particularly set forth in the Affidavit attached hereto as **Exhibit "A."**

6. Bleicher and the witnesses expected to appear and testify at the Evidentiary Hearing reside in Illinois and thus must make advance arrangements in order to travel to Miami, Florida for these proceedings.

7. Due to various scheduling conflicts which existed prior to entry of the Order Setting Hearing, neither Bleicher nor the witnesses in this case are available on July 22, 2015 and therefore unable to travel to Miami for the scheduled Evidentiary Hearing, as more particularly set forth in the Affidavit attached hereto as **Exhibit "B."**

8. Local Rule 7.6 of the Southern District of Florida Local Rules states that the court may grant a continuance of a hearing upon a showing of good cause supported by affidavit.

9. Accordingly, for good cause shown, Defendants respectfully request the Court reschedule the Evidentiary Hearing to the next available date which is mutually convenient for all parties hereto.

10. This is Defendants' first request for a continuance in this case.

11. The requested continuance is made in good faith, not for purposes of delay and will not prejudice any party to this action.

**WHEREFORE**, for the reasons more particularly set forth herein, Defendants/Counter-Plaintiffs, FLAVA WORKS, INC. and PHILIP BLEICHER, respectfully requests this Court enter an Order: (i) granting this Motion; (ii) rescheduling the Evidentiary Hearing to the next available date mutually convenient among the parties, or, in the alternative, (iii) permit the out-of-state witnesses to appear by satellite procedure; and (iv) for such other and further relief as the Court deems just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to S.D.Fla.L.R. 7.1, undersigned hereby certifies that counsel for the movant has conferred with all parties and/or non-parties who may be affected by the requested relief in a good faith effort to resolve the issues and Plaintiff/Counter-Defendants' counsel did not state any objections.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically via the Court's CM/ECF system on this 10 day of July, 2015 to all parties on the below Service List.

Date: July 10, 2015                    Respectfully submitted,

                                       s/ Matthew Zukowsky
                                       Matthew H. Zukowsky, Esq.
                                       Matthew H. Zukowsky, P.A.
                                       4770 Biscayne Blvd., Ste. 700
                                       Miami, FL 33137
                                       305.677.0022 Ext. 813
                                       Attorney No. 0112311

3