# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and　　　　　　　　　CASE NO. 15-cv-20245-MGC
MARC PARENT,

    Plaintiffs/Counter-Defendants,

vs.

FLAVA WORKS, INC. and
PHILLIP BLEICHER,

    Defendants/Counter-Plaintiffs.
_____/

### AFFIDAVIT OF GOOD CAUSE BY MATTHEW ZUKOWSKY, ESQ.

STATE OF FLORIDA　　　　　　]
　　　　　　　　　　　　　　] SS.
COUNTY OF MIAMI_DADE　　　]

    BEFORE ME, the undersigned authority, personally appeared MATTHEW ZUKOWSKY who being duly sworn, states that:

    1.    I am Matthew Zukowsky and I am co-counsel for Defendants, Flava Works, Inc. ("Flava") and Philip Bleicher ("Bleicher") (collectively, "Defendants"), in the above-styled cause.

    2.    I am over eighteen (18) years of age and am otherwise *sui juris*.

    3.    I have personal knowledge of the facts stated herein.

    4.    On June 25, 2015, Court entered an Order Re-Scheduling Evidentiary Hearing on Defendants' Motions to Quash for July 22, 2015 at 3:30pm (the "Evidentiary Hearing").

    5.    Prior to the Evidentiary Hearing being re-scheduled for July 22, 2015, I received a phone call from a clerk of Judge Cooke. The clerk asked if I would approve of the Evidentiary

# **EXHIBIT A**

Hearing being rescheduled for July 22, 2015. I asked if I had to give the clerk a definitive yes or no at that moment and she responded that I did.

6. I did not want to confirm by phone at that moment without first speaking with the witnesses, but nevertheless gave my approval for July 22, 2015. If given the opportunity to speak with the witnesses and my client, I would have learned that it was not possible for both witnesses to be in Miami on that particular date to participate in the Evidentiary Hearing.

7. Undersigned has not requested a continuance before on behalf of either Defendant in this matter and this request for a continuance is not sought for purposes of delay.

**AFFIANT FURTHER SAYETH NAUGHT.**

_____
MATTHEW ZUKOWSKY

SWORN TO AND SUBSCRIBED before me this _10th_ day of July, 2015 by _Matthew Zukowsky_ who is personally known to me or who has produced _____ as identification and who did/did not take an oath.

_____
NOTARY PUBLIC, State of Florida
My Commission Expire

Irma Saavedra
Commission # FF 083719
Expires: JAN. 15, 2018
WWW.AARONNOTARY.com