UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and　　　　　　　　　　CASE NO. 15-cv-20245-MGC
MARC PARENT,

　　　　Plaintiffs/Counter-Defendants,

vs.

FLAVA WORKS, INC. and
PHILLIP BLEICHER,

　　　　Defendants/Counter-Plaintiffs.
_____/

### AFFIDAVIT OF GOOD CAUSE BY PHILLIP BLEICHER

STATE OF ILLINOIS　　　　　]
　　　　　　　　　　　　　　] SS.
COUNTY OF COOK　　　　　　]

　　BEFORE ME, the undersigned authority, personally appeared PHILLIP BLEICHER, who being duly sworn, states that:

　　1.　I am Phillip Bleicher, a named defendant in the above-styled cause.

　　2.　I am over eighteen (18) years of age and am otherwise *sui juris*.

　　3.　I have read the Defendants' Motion to Continue Evidentiary Hearing filed on my behalf and Flava Works, Inc. and have personal knowledge of the facts stated therein.

　　4.　For the following reasons and circumstances, I am unable to travel to Miami, Florida to appear and testify at the Evidentiary Hearing scheduled for July 22, 2015:

　　　　a.　I have a prior scheduled engagement that I am unable to change in the morning of July 22, 2015 and would not be able to make an airline flight in time for the hearing.

5. Prior to entry of the Order Setting Hearing, counsel for Defendants, Matthew Zukowsky ("Zukowsky") did not know of my unavailability.

6. Undersigned has not requested a continuance before in this matter and this request for a continuance is not sought for purposes of delay.

**AFFIANT FURTHER SAYETH NAUGHT.**

PHILLIP BLEICHER

SWORN TO AND SUBSCRIBED before me this 10 day of July, 2015 by Phillip A. Bleicher who is personally known to me or who has produced Illinois ID Card as identification and who did/did not take an oath.

NOTARY PUBLIC, State of Illinois
My Commission Expire February 19, 2019

OFFICIAL SEAL
ANTOINETTE GRIFFIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/19/19

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and　　　　　　　　　　CASE NO. 15-cv-20245-MGC
MARC PARENT,

    Plaintiffs/Counter-Defendants,

vs.

FLAVA WORKS, INC. and
PHILLIP BLEICHER,

    Defendants/Counter-Plaintiffs.
_____/

### AFFIDAVIT OF GOOD CAUSE BY DANIEL NELSON

STATE OF ILLINOIS　　　　　]
　　　　　　　　　　　　　　] SS.
COUNTY OF Cook　　　　　　]

    BEFORE ME, the undersigned authority, personally appeared DANIEL NELSON, who being duly sworn, states that:

1. I am Daniel Nelson, a witness in the above-styled cause.

2. I am over eighteen (18) years of age and am otherwise *sui juris*.

3. I have read the Defendants' Motion to Continue Evidentiary Hearing filed and have personal knowledge of the facts stated therein.

4. Due to prior scheduled personal health appointments, I am unable to travel to Miami, Florida to appear and testify at the Evidentiary Hearing scheduled for July 22, 2015.

5. Prior to entry of the Order Setting Hearing, counsel for Defendants, Matthew Zukowsky ("Zukowsky") did not know of my unavailability.

6. Undersigned has not requested a continuance before in this matter and this request for a continuance is not sought for purposes of delay.

**AFFIANT FURTHER SAYETH NAUGHT.**

*/s/ Daniel Nelson*
DANIEL NELSON

SWORN TO AND SUBSCRIBED before me this **10** day of July, 2015 by **DANIEL H NELSON** who is personally known to me or who has produced **ILLINOIS DRIVERS LIC** as identification and who did/did not take an oath.

*/s/ Mercedes P Calderon*
NOTARY PUBLIC, State of Illinois
My Commission Expire **02/01/2016**

> Official Seal
> Mercedes P Calderon
> Notary Public State of Illinois
> My Commission Expires 02/01/2016

2