UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and
MARC PARENT,

CASE NO. 15-cv-20245-MGC

    Plaintiffs/Counter-Defendants,

vs.

FLAVA WORKS, INC. and
PHILLIP BLEICHER,

    Defendants/Counter-Plaintiffs.
_____/

### AFFIDAVIT IN SUPPORT OF MOTION TO RECONSIDER BY MATTHEW ZUKOWSKY, ESQ

STATE OF FLORIDA      ]
                      ] SS.
COUNTY OF MIAMI_DADE  ]

BEFORE ME, the undersigned authority, personally appeared MATTHEW ZUKOWSKY who being duly sworn, states that:

1. I am Matthew Zukowsky and I am co-counsel for Defendants, Flava Works, Inc. ("Flava") and Philip Bleicher ("Bleicher") (collectively, "Defendants"), in the above-styled cause.

2. I am over eighteen (18) years of age and am otherwise *sui juris*.

3. I have personal knowledge of the facts stated herein.

4. This Court entered an Order on June 24, 2015 setting an Evidentiary Hearing to be heard on July 2, 2015.

5. Shortly thereafter, on June 25, 2015, another Order was entered setting a new date of July 22, 2015.

6. I received a call from opposing counsel, John Bradley ("John"), on June 25, 2015, requesting a conference call between myself and my co-counsel, Juneitha Shambee ("Juneitha"). He said that he wanted to hash out a few issues surrounding the case.

7. After getting Juneitha on the phone, I conferenced in John.

8. While on the June 25th conference call, we discussed the date of the Evidentiary Hearing. Juneitha informed John that the June 22, 2015 date would not be a good date for her and that the witnesses would not be able to come to Miami on that date. John told us that only the June 2, 2015 date would be bad for him since he would be out of the country. Juneitha said that because the new date (July 22, 2015) would not work for her or the witnesses, we would try to request a change of the date. Juneitha asked if there was any particular date that would work for him and he reiterated that only the July 2, 2015 did not work since he would be out of the country. Juneitha told John that after speaking to the Judge's office, we would "call or email" him with the new date.

9. After speaking to one of the Judge's clerks and discovering that the Judge requires witnesses to be available in person, I was told that the only method of obtaining a new date would be by written motion.

10. During the June 25, 2015 conference call, John did not object to the possibility of changing the date of the Evidentiary Hearing.

**AFFIANT FURTHER SAYETH NAUGHT.**

_[signature]_
_____
MATTHEW ZUKOWSKY

SWORN TO AND SUBSCRIBED before me this 15th day of July, 2015 by _Matthew Zukowsky_ who is personally known to me or who has produced _____ as identification and who did/did not take an oath.

_[signature]_
_____
NOTARY PUBLIC, State of Florida
My Commission Expire

Irma Saavedra
Commission # FF 083719
Expires: JAN. 15, 2018
WWW.AARONNOTARY.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and                     CASE NO. 15-cv-20245-MGC
MARC PARENT,

    Plaintiffs/Counter-Defendants,

vs.

FLAVA WORKS, INC. and
PHILLIP BLEICHER,

    Defendants/Counter-Plaintiffs.
_____/

## AFFIDAVIT IN SUPPORT OF MOTION TO RECONSIDER BY JUNEITHA SHAMBEE, ESQ.

STATE OF ILLINOIS      ]
                                    ] SS.
COUNTY OF COOK     ]

BEFORE ME, the undersigned authority, personally appeared JUNEITHA SHAMBEE who being duly sworn, states that:

1. I am Juneitha Shambee and I am out-of-state general counsel for Defendants, Flava Works, Inc. ("Flava") and Philip Bleicher ("Bleicher") (collectively, "Defendants"), in the above-styled cause.

2. I am over eighteen (18) years of age and am otherwise *sui juris*.

3. I have personal knowledge of the facts stated herein.

4. This court entered and Order on June 24, 2015 setting an Evidentiary Hearing to heard on July, 2, 2015.

5. Shortly thereafter, another Order was entered re-setting the date from July 2, 2015 to July 22, 2015.

6. Knowing that I would be needed at that hearing, I call local counsel informing him that we needed to change the date due to my unavailability, as well as the witnesses' unavailability on that date.

7. Local counsel, Matthew Zukowsky ("Matthew"), informed be that opposing counsel, John Bradley ("John"), called him and wanted to conference on the phone.

8. I told Matthew to conference John in on the call.

9. I was placed on hold while Matthew contacted John.

10. When John was on the line, I was patched back in.

11. All three counsel conferred on the phone on June 25, 2015 about the date of the Evidentiary Hearing date. At that point, I informed John that the date was a bad date for me. He told us that the July 2, 2015 date was bad for him because he would be out of the country, in Ireland, so that is why he called the court to inform it that he needed a new date. I explained that the July 22, 2015 date was bad for me and the witnesses and would he agree to another date. He said that he didn't care and only that the July 2, 2015 would be a bad date for him. I told him that I was going to request from the court a different date and asked him if any other date would be better for him, so we can agree before I made my request and I add the agreed date in my request. He said it didn't matter. The only bad date for him was the July 2, 2015. I said fine, "then I will call or email you the new date". To which he replied "Ok". After speaking about possible agreeing on other aspects of the case, we ended the call.

12. After attempting to call the court to get a new date, we were informed that it would have to be in a written motion, to which Matthew filed.

13. At no point during the June 25, 2015 conference call did John object to changing the date of the Evidentiary Hearing.

14. At all times, the parties on the conference call seem amenable.

**AFFIANT FURTHER SAYETH NAUGHT.**

*/s/ Juneitha Shambee*
JUNEITHA SHAMBEE

SWORN TO AND SUBSCRIBED before me this __14__ day of July, 2015 by _Juneitha Shambee_ who is personally known to me or who has produced _ID Drivers License_ as identification and who did/did not take an oath.

NOTARY PUBLIC, State of Illinois
My Commission Expire  6/12/16

MARIA ORTIZ
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 12, 2016

1