**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MAIMI DIVISION**

**CASE NO. 15-cv-20245-MGC**

**A4A RESUAU, INC. and**
**MARC PARENT**

**Plaintiffs/Counter-Defendants**

**v.**

**FLAVA WORKS, INC. and**
**PHILLIP BLEICHWER**

**Defendants/Counter Plaintiffs.**
_____/

## NOTICE OF APPEARANCE

Comes Now; Joshua H. Sheskin, Esq., (Bar # 93028) and hereby notices his appearance on behalf

of Defendants/Counter Plaintiffs, FLAVA WORKS, INC. and PHILLIP BLEICHWER, in the

above styled matter (Case # 15-cv-20245-MGC).

Respectfully Submitted,

/s/Joshua H. Sheskin, Esq.
Joshua H. Sheskin, Esq.
Bar # 93028
JHS@SheskinLaw.com
Service@SheskinLaw.com
The Sheskin Firm
9424 SW 52nd Street
Cooper City, FL 33328
786-529-0420
Fax: 786-332-5349
Attorney for the Defendants/Counter Plaintiffs

<u>**Certificate of Service**</u>

**I hereby certify** that a true and correct copy of the foregoing was served by CM/ECF on

07/15/2015 on all counsel or parties of record on the Service List below.

/s/Joshua H. Sheskin, Esq.
Joshua H. Sheskin, Esq.
Bar # 93028
JHS@SheskinLaw.com
Service@SheskinLaw.com
The Sheskin Firm
9424 SW 52nd Street
Cooper City, FL 33328
786-529-0420
Fax: 786-332-5349
Attorney for the Defendants

**SERVICE LIST**

John F. Bradley, Esq.
Bar Number 0779919
Bradley Legal Group
15 Northeast 13th Ave.
Fort Lauderdale FL 33301
Jb@bradlegal.com
Tel: 954- 523-6160
Fax: 954-523-6190
**SERVICE VIA CM/ECF**