## AFFIDAVIT OF SERVICE

| State of Florida | County of Southern | District Court |

Case Number: 15-CV-20245-COOKE/TORRES

Plaintiff:
**A4A RESEAU, INC., AND MARC PARENT,**
vs.
Defendant:
**FLAVA WORKS, INC., AND PHILLIP BLEICHER,**

For: John F. Bradley
BRADLEY LEGAL GROUP, P.A.

Received by D J PROCESS SERVICE, INC on the 30th day of January, 2015 at 10:43 am to be served on **FLAVA WORKS, INC., 933 W. IRVING PARK ROAD, APT C, CHICAGO, IL 60613-3074**, I, _BILLY MOLDEN_, being duly sworn, depose and say that on the __4__ day of __FEB__, 20__14__ at __3:50__ p.m., executed service by delivering a true copy of the **Summons In A Civil Action (21) days, Complaint for Declaratory Judgment, and Exhibits** in accordance with state statutes in the manner marked below:

( ) **PUBLIC AGENCY:** By serving _____ as _____ Served the within-named agency by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____
Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

(X) **CORPORATE SERVICE:** By serving _John Doe (Refused To Give Name)_ as _Agent_ Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __5__ day of __FEB__, 20__15__ by the affiant who is personally known to me.

_NOTARY PUBLIC_

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/17

PROCESS SERVER # 129-927813
Appointed in accordance with State Statutes

D J PROCESS SERVICE, INC
4784 Nw 3rd Court
Plantation, FL 33317
(954) 401-9479

Our Job Serial Number: 2015004157

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

**EXHIBIT**
Molden
Group A
7/14/15  am

## AFFIDAVIT OF SERVICE

**State of Florida**  **County of Southern**  **District Court**

Case Number: 15-CV-20245-COOKE/TORRES

Plaintiff:
A4A RESEAU, INC., AND MARC PARENT,
vs.
Defendant:
FLAVA WORKS, INC., AND PHILLIP BLEICHER,

For: John F. Bradley
BRADLEY LEGAL GROUP, P.A.

Received by D J PROCESS SERVICE, INC on the 30th day of January, 2015 at 10:43 am to be served on PHILLIP BLEICHER, 933 W. IRVING PARK ROAD, APT C, CHICAGO, IL 60613-3074, I, BILLY MOLDEN, being duly sworn, depose and say that on the 4 day of FEB, 2015 at 3:50 p.m., executed service by delivering a true copy of the **Summons In A Civil Action (21) days, Complaint for Declaratory Judgment, and Exhibits** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and initials of service endorsed thereon by me, to in compliance with State Statutes.

(X) SUBSTITUTE SERVICE: By serving JOHN DOE (REFUSED TO GIVE NAME) as CO-RESIDENT. Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and initials of service endorsed thereon by me in compliance with Florida State Statute 48.031, by serving the copies at his or her usual place of abode with person residing therein who is 15 years of age or older and informing the person of their contents, with the date, hour and initials of service endorsed thereon by me, to in compliance with State Statutes.

( ) POSTED SERVICE: After attempting service on __/__/__ at _____ and on __/__/__ at _____ to a conspicuous place on the property described herein with the date, hour and initials of service endorsed thereon by me

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? REFUSED

Marital Status: ( ) Married or ( ) Single   Name of Spouse REFUSED

**COMMENTS:** _____

Age 55-62 Sex (M) F   Race WHITE   Height 5'6"   Weight 170   Hair Lt. BROWN   Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 5 day of FEB, 2015 by the affiant who is personally known to me.

_Thomas F Dolan_
NOTARY PUBLIC

PROCESS SERVER # 129-027813
Appointed in accordance with State Statutes

D J PROCESS SERVICE, INC
4784 Nw 3rd Court
Plantation, FL 33317
(954) 401-9479

Our Job Serial Number: 2015004158

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/17

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r