# 933 WEST IRVING PARK ROAD - UNIT C
## We accept all Mail in Box C, especially for:

Flava Works
FW Media

Phillip Bleicher

Richard Cooper

Dan Nelson

Elizabeth Bruen
Barbara Turley

Marianne Murrilo

UNIT C

EXHIBIT
Molden
B
7/14/15