UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and MARC PARENT,          CASE NO. 1:15-cv-20245-MGC

      Plaintiffs/Counter-Defendants,
vs.

FLAVA WORKS, INC. and PHILLIP BLEICHER,

      Defendants/Counter-Plaintiffs.
_____/

**PLAINTIFFS/COUNTER-DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTIONS TO QUASH SERVICE OF PROCESS AND DISMISS COMPLAINT [DE-20, 23]**

      Plaintiffs/Counter-Defendants, A4A RESEAU, INC. and MARC PARENT ("Plaintiffs"), by and through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and Rule 201 of the Federal Rules of Evidence, respectfully request that the Court take judicial notice of the following adjudicative fact and/or public records in opposition to Defendants/Counter-Plaintiffs' Motions to Quash Service of Process and Dismiss Complaint [DE-20, 23] ("Motions").

      1.    Plaintiffs/Counter-Defendants have located various public records that contain adjudicative facts relevant to a determination of the claims presented in Defendants/Counter-Plaintiffs' Motions and Reply [DE-30].

      2.    Plaintiffs/Counter-Defendants hereby respectfully request that the Court take judicial notice of the following adjudicative facts:

        a.    Motion to Transfer dated February 23, 2015, filed in Case No. 15-cv-00610 in the Northern District of Illinois, referencing the Complaint filed in this action (at ¶ 6), and attaching a copy as an exhibit thereto (***Exhibit "A"***);

1

b. Affidavit of Juneitha Shambee dated March 27, 2015, filed in Case No. 14-cv-23208 in this District, representing that Ms. Shambee has acted as Defendants/Counter-Plaintiffs' counsel in this District since as early as January 14, 2015 (***Exhibit "B"***);

c. Shambee Law Office, Ltd's Invoice to Phillip Bleicher dated February 9, 2015, for legal services rendered in connection with an action in this District as early as January 14, 2015, filed in Case No. 15-cv-00610 in the Northern District of Illinois (***Exhibit "C"***);

d. Phillip G. Bleicher's Illinois ID Card issued on April 30, 2015, filed in Case No. 15-cv-00610 in the Northern District of Illinois (***Exhibit "D"***);

e. Defendants/Counter-Plaintiffs' Complaint For Equitable Relief and Damages filed on September 30, 2010, in the Circuit Court of the Eleventh Judicial Circuit in Miami-Dade County, alleging that "Bleicher, is an individual that resides in Miami-Dade County and is subject to the jurisdiction of this court." (***Exhibit "E"***);

f. Final Judgment for Removal of Tenant on Count I entered on February 7, 2013, in the County Court for Miami-Dade County against Phillip G. Bleicher (***Exhibit "F"***);

g. Miami-Dade Property Appraiser's search result for "833 SW 14 Ave Miami FL 33135" indicating that a match for said address does not exist, and listing "831 SW 14 Ave" as a possible match (***Exhibit "G"***);

2

      h. Florida Department of Revenue's 2015 Satisfactions and Release of Tax Lien addressed to Flava Works, Inc. at 831 SW 14th Avenue, Miami, FL 33135, as opposed to "833 SW 14 Ave" (***Exhibit "H"***);

      i. Verified Complaint at Law filed in the Circuit Court of Cook County, Illinois, on December 22, 2009, listing Richard Cooper as "an agent of Flava Works" (***Exhibit "I"*** at ¶ 16);

      j. Illinois Secretary of State's records indicating that Blatino Media, Inc. was incorporated on October 6, 2014 (***Exhibit "J"***).

3. Judicial notice is a means by which adjudicative facts not seriously open to dispute are established as true without the normal requirement of proof by evidence. *Dippin' Dots, Inc. v. Frosty Bites Distribution, LLC*, 369 F.3d 1197, 1204 (11th Cir. 2004); Fed. R. Evid. 201(a) and (b); *see also* Fed. R. Evid. 201(a). Adjudicative facts are facts that are relevant to a determination of the claims presented in a case. *Id.*

4. One category of adjudicative facts includes facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(1). A court also may take judicial notice of public records. *Universal Express, Inc. v. U.S. Securities and Exchange Commission*, 177 Fed. Appx. 52, 53 (11th Cir. 2006).

5. Judicial notice of appropriate adjudicative facts may be taken at any stage in a proceeding. Fed. R. Evid. 201(d). Courts have wide discretion to take judicial notice of facts. *Dippin' Dots, Inc.*, 369 F.3d at 1204; Fed. R. Evid. 201(c).

6. Because the attached documents are relevant to a determination of a claim presented in this case, and not subject to reasonable dispute, judicial notice should be taken thereof.

Dated: July 20, 2015.                          Respectfully submitted,

**BRADLEY LEGAL GROUP, P.A.**
*Counsel for Plaintiffs/Counter-Defendants*
15 Northeast 13th Avenue
Fort Lauderdale, Fl 33301
Tel: (954) 523-6160
Fax: (954) 523-6190


By:     /s/ John F. Bradley
        John F. Bradley, Esq.
        Fla. Bar No. 0779910
        jb@bradlegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or *pro se* parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ John F. Bradley<br>
John F. Bradley, Esq.<br>
Fla. Bar No. 0779910<br>
jb@bradlegal.com

**SERVICE LIST**

Matthew H. Zukowsky, Esq.
matthew.zukowsky@gmail.com
*Attorney for Defendants/Counter-Plaintiffs*
Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, Florida 33137
Tel: (561) 445-9471
**Service via CM/ECF**

Joshua H. Sheskin, Esq.
JHS@SheskinLaw.com
Service@SheskinLaw.com
*Attorney for Defendants/Counter-Plaintiffs*
The Sheskin Firm
9424 SW 52nd Street
Cooper City, FL 33328
Tel: (786) 529-0420
**Service via CM/ECF**