**EXHIBIT "B"**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

FLAVA WORKS, INC.

Plaintiff,
vs.

CASE NO. 1:13-CV-23208-

A4A RESEAU, INC.
A4A NETWORK, INC.
MARC PARENT

Defendants
_____/

# EXHIBIT "B"
## AFFIDAVIT OF JUNEITHA SHAMBEE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss: |
| COUNTY OF COOK | ) |

BEFORE ME, the undersigned authority personally appeared this date, Juneith Shambee, who after being duly sworn, deposes and states:

1. My name is Juneitha Shambee and I serve as Illinois Counsel for Flava Works, Inc., whose primary place of business in Illinois is 933 W. Irving Park, Apt. C, Chicago IL. 60613 and whose primary place of business in Florida is 833 SW 14th Avenue, Miami, FL. 33135.

2. My office address is Shambee Law Office, Ltd., P.O. Box 91, Evanston, Illinois 60204-0091.

3. I have personal knowledge about the above-styled action and serve as Co-Counsel in this action.

4. On January 14, 2015 I called Defense Counsel in this action, John Bradley and asked if he would consent to have venue changed in this lawsuit. I also indicated to Mr. Bradley that Flava Works, Inc. would be dismissing this lawsuit since we could not find counsel in Florida.

-1-

Scanned by CamScanner

Flava Works, Inc. would be dismissing this lawsuit since we could not find counsel in Florida.

5. After the aforementioned conversation regarding our intention to dismiss the Florida case, Defendant's counsel, Mr. Bradley nonetheless filed a response to Flava Works' complaint on January 16, 2015, knowing full well that we could be dismissing the case.

6. While Defendants A4A Reseau, Inc. and A4A Network, Inc. and Marc Parent allege to have served Defendant's Motion To Determine Reasonableness of Attorney's Fees Awarded To Defendants on March 16, 2015 to Plaintiff, Flava Works, Inc., I did not receive this aforesaid pleading by email.

7. To best of my knowledge and belief, Defendants' Certification as to the submission date of its March 16, 2015 pleading was inaccurate and fraudulent.

8. FURTHER, AFFIANT SAYETH NOT.

_____
JUNEITHA SHAMBEE

SUBSCRIBED AND SWORN TO before me this 28th day of March, 2015, Juneitha Shambee who is personally known to me or who has produced IL. State ID 5104-3782-7635 as identification and who did take an oath.

_____
Notary Public, State of Illinois

My Commission Expires: 6-12-16

MARIA ORTIZ
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 12, 2016

-2-

Scanned by CamScanner