**EXHIBIT "C"**

Case 1:15-cv-01045-MCC Document 57-3 Filed 03/24/15 Page 1 of 2 PageID #:572
Case 1:15-cv-00610 Document 38-1 Filed 03/24/15 Page 1 of 2 Page ID #:572  Page 2 of 2
**EXHIBIT A**



Shambee Law Office, Ltd
United States
773-741-3602

# Invoice

| | |
|---|---|
| Invoice # | 00038 |
| Invoice Date | February 09, 2015 |
| Due Date | February 13, 2015 |
| Balance Due | $0.00 |
| Payment Terms | |
| Case / Matter | Flava Works, Inc. v Adam4Adam |

**Phillip Bleicher**

United States

For services rendered between January 05, 2015 and February 06, 2015

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 01/14/2015 | JS | Correspondence | Communication with attorney for opposing counsel regarding a consent to have venue changed. OC objecting. Email to client regarding next step. | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | | | | Totals: | ▮ | ▮ |

| | |
|---|---|
| Time Entry Sub-Total: | ▮ |
| **Sub-Total:** | ▮ |
| **Total** | ▮ |
| **Amount Paid:** | ▮ |
| **Balance Due:** | **$0.00** |

## Payment History

| Activity | Date | Pay Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | 03/02/2015 | Check | ▮ | Juneitha Shambee (Attorney) | Operating Account |