**EXHIBIT "D"**

