**EXHIBIT "F"**

FJ4D

IN THE COUNTY COURT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

2MIDTOWN 2401, LLC,

CASE NO.: 13-00342 CC 05 (08)

JUDGE: WENDELL M. GRAHAM
DIVISION: GEN. JURISDICTION

PLAINTIFFS,

vs.

JUDGMENT FOR REMOVAL OF TENANT

PHILLIP G. BLEICHER,
AND ALL OTHERS IN POSSESSION,

DEFENDANT.
_____/

### FINAL JUDGMENT FOR REMOVAL OF TENANT ON COUNT I

THIS CAUSE came on before me and upon Count I of Plaintiff's Complaint for Removal of Tenant(s), and a default being duly and regularly entered herein, it is

**ORDERED AND ADJUDGED:**

1. That a final judgment be and the same is hereby entered on Count I of Plaintiff's Complaint in favor of Plaintiff(s), 2MIDTOWN 2401, LLC, and against Defendant(s), PHILLIP G. BLEICHER, and all others in possession, for possession of the premises located at and known as:

3470 E. COAST AVENUE, UNIT #H2401, MIAMI, FLORIDA 33137

MIAMI-DADE COUNTY, FLORIDA, FOR WHICH LET WRIT OF POSSESSION ISSUE and put the Plaintiff, or Plaintiff's duly-authorized agent, in possession of the premises, after twenty-four (24) hours of notice conspicuously posted on the premises, and the Sheriff shall not require any additional policies or procedures other than those authorized by Florida Statute in executing its duties to put Landlord in possession pursuant to 83.62(1).

2. The Clerk of Courts is directed to mail the writ of possession upon issuance to the attorney for Plaintiff at Kassebaum, Robinson, & Abelairas, P.A., 2103 Coral Way, Suite 405, Miami, Florida 33145.

DONE AND ORDERED at MIAMI-DADE COUNTY, Florida, this ___ day of FEB 0 7 2013
20___.

COUNTY COURT JUDGE
Wendell M. Graham

Conformed copies to:
PHILLIP G. BLEICHER - 3470 E. COAST AVENUE, UNIT #H2401, MIAMI, FLORIDA 33137
Andrew D. Robinson, Esq. - 2103 Coral Way, Suite 405, Miami, Florida 33145