**EXHIBIT "H"**

CFN: 20150322275 BOOK 29623 PAGE 1162
DATE:05/20/2015 08:41:21 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY
ZT02

# Florida Department of Revenue
## Satisfaction and Release of Tax Lien

FLAVA WORKS INC
831 SW 14TH AVE
MIAMI, FL 33135-5202

| | | |
|---|---|---|
| Tax | : | Sales and Use Tax |
| **Business Partner #** | : | 2417525 |
| Contract Object # | : | 00013734005 |
| FEIN | : | 201837529 |
| Warrant # | : | 1000000335806 |

Re: Warrant issued under Chapter _____212_____, Florida Statutes

On __12/03/2012__ , _____, the Department of Revenue, State of Florida,

secured recordation of a Warrant for Collection of Delinquent __Sales and Use Tax__ Tax,

which appears in the official records of __Miami-dade__ County, Florida,

in O.R. Book __28381__, Page __2503__, Instrument # __20120864566__.

WHEREAS, such warrant has been satisfied in full.

THEREFORE, the Department of Revenue, State of Florida, releases the above recorded lien and accordingly requests that the Clerk of the Circuit Court record this Satisfaction and Release of Tax Lien.

WITNESS my hand and official seal in this City of __Doral__,

__Miami-dade__ County, Florida, this __18th__ day of __May__, __2015__.

Marshall Stranburg, Interim Executive Director
Department of Revenue, State of Florida

This instrument prepared by:

_____
Authorized Agent

Please bill to:
State of Florida, Department of Revenue

MIAMI SERVICE CENTER
8175 NW 12TH ST STE 119
Doral, FL 33126-1828

DR-81
R. 10/10

CFN: 20150424235 BOOK 29680 PAGE 3566
DATE:07/02/2015 09:17:21 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY
ZT02

# Florida Department of Revenue
## Satisfaction and Release of Tax Lien

FLAVA WORKS INC
831 SW 14TH AVE
MIAMI, FL 33135-5202

| | | |
|---|---|---|
| Tax | : | Sales and Use Tax |
| **Business Partner #** | : | 2417525 |
| Contract Object # | : | 00013734005 |
| FEIN | : | 201837529 |
| Warrant # | : | 1000000591338 |

Re: Warrant issued under Chapter __212__, Florida Statutes

On __03/17/2014__, _____, the Department of Revenue, State of Florida,

secured recordation of a Warrant for Collection of Delinquent __Sales and Use Tax__ Tax,

which appears in the official records of __Miami-dade__ County, Florida,

in O.R. Book __29069__, Page __486__, Instrument # __20140190765__.

WHEREAS, such warrant has been satisfied in full.

THEREFORE, the Department of Revenue, State of Florida, releases the above recorded lien and accordingly requests that the Clerk of the Circuit Court record this Satisfaction and Release of Tax Lien.

WITNESS my hand and official seal in this City of __Doral__,

__Miami-dade__ County, Florida, this __30th__ day of __June__, __2015__.

Marshall Stranburg, Interim Executive Director
Department of Revenue, State of Florida

This instrument prepared by:


Authorized Agent

Please bill to:
State of Florida, Department of Revenue
MIAMI SERVICE CENTER
8175 NW 12TH ST STE 119
Doral, FL 33126-1828

DR-81
R. 10/10