**EXHIBIT "J"**



WWW.CYBERDRIVEILLINOIS.COM

JESSE WHITE
SECRETARY OF STATE

## CORPORATION/LLC SEARCH RESULTS

Search Criteria: **BLATINO**

| Entity Type | File Number | Corporation/LLC Name |
|---|---|---|
| CORP MST | 69815952 | BLATINO MEDIA INC. |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



WWW.*CYBER*DRIVEILLINOIS.COM

JESSE WHITE
SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| Entity Name | BLATINO MEDIA INC. | File Number | 69815952 |
|---|---|---|---|
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 10/06/2014 | State | ILLINOIS |
| Agent Name | RICHARD COOPER | Agent Change Date | 06/18/2015 |
| Agent Street Address | 3526 S PRAIRIE AVE | President Name & Address | |
| Agent City | CHICAGO | Secretary Name & Address | |
| Agent Zip | 60653 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE