UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and MARC PARENT,   CASE NO. 1:15-cv-20245-MGC

     Plaintiffs/Counter-Defendants,
vs.

FLAVA WORKS, INC. and PHILLIP BLEICHER,

     Defendants/Counter-Plaintiffs.
_____/

### NOTICE OF FILING AFFIDAVIT OF MIAMI PROCESS SERVER HUGO MATA

Plaintiffs/Counter-Defendants, A4A RESEAU, INC. and MARC PARENT ("Plaintiffs"), by and through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, hereby file the attached Affidavit of Miami Process Server Hugo Mata and exhibits thereto, in opposition to Defendants/Counter-Plaintiffs' Motions to Quash Service of Process and Dismiss Complaint [DE-20, 23].

Dated: July 20, 2015.   Respectfully submitted,

        **BRADLEY LEGAL GROUP, P.A.**
        *Counsel for Plaintiffs/Counter-Defendants*
        15 Northeast 13th Avenue
        Fort Lauderdale, Fl 33301
        Tel: (954) 523-6160
        Fax: (954) 523-6190

        By:   /s/ John F. Bradley
                John F. Bradley, Esq.
                Fla. Bar No. 0779910
                jb@bradlegal.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or *pro se* parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ John F. Bradley
John F. Bradley, Esq.
Fla. Bar No. 0779910
jb@bradlegal.com

## SERVICE LIST

Matthew H. Zukowsky, Esq.
matthew.zukowsky@gmail.com
*Attorney for Defendants/Counter-Plaintiffs*
Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, Florida 33137
Tel: (561) 445-9471
**Service via CM/ECF**

Joshua H. Sheskin, Esq.
JHS@SheskinLaw.com
Service@SheskinLaw.com
*Attorney for Defendants/Counter-Plaintiffs*
The Sheskin Firm
9424 SW 52nd Street
Cooper City, FL 33328
Tel: (786) 529-0420
**Service via CM/ECF**