UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and MARC PARENT,                    CASE NO. 1:15-cv-20245-MGC

       Plaintiffs/Counter-Defendants,

vs.

FLAVA WORKS, INC. and PHILLIP BLEICHER,

       Defendants/Counter-Plaintiffs.

_____/

### AFFIDAVIT OF MIAMI PROCESS SERVER HUGO MATA

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, a notary public, on this day personally came and appeared HUGO MATA, who, being duly sworn, did depose and state as follows:

1.      I am Hugo Mata, and I am over eighteen (18) years of age.

2.      I am a Certified Process Server employed by Caplan, Caplan & Caplan Process Servers located at 172 W. Flagler Street, #320, Miami, Florida 33130.

3.      If called as a witness, I could and would competently testify thereto.

4.      I am the process server who non-served the Defendants herein in Miami on January 30, 2015.

5.      As stated in the Affidavits of Non-Service (*Exhibit "1"* hereto), on January 30, 2015, at 3:41 pm, I attempted to serve process in this action on Defendants Phillip Bleicher and Flava Works, Inc. c/o Philip Bleicher, registered agent, at 833 SW 14 Avenue, Miami, FL 33127, but was unable to serve as I determined there was no such address.

6.      When I arrived at the location determined by a GPS, I located a building numbered "831." I did not find a building or location numbered "833."

1

7.      When I approached the building numbered "831," which only displayed the "831" number, I did not see any display of the "833" number, including any mailbox under a window bearing any "833" number or marking.

8.      When I approached the front door, I knocked, but no one answered, and the door was locked.

9.      I contacted my employer's office for help, who immediately checked the records of the Miami-Dade Property Appraiser, and learned that there was no "833 SW 14 Avenue" address listed as an existing property of record.

10.     I concluded that no such address existed based on the fact that the "833" address was not of record with the Miami-Dade Property Appraiser, coupled with the fact that my visits did not yield a finding of a location bearing the number "833," as explained in detail above.

11.     I have again attempted service at this location within a few days of my first attempt, and the front door was also locked. Therefore, I have made two (2) attempts at the "833" address.

12.     The second attempt was not included in my Affidavits of Non-Service, because the person in charge of data entry at my employer's office must have mistakenly omitted the second attempt when generating the Affidavits of Non-Service. However, said omission was immaterial, as both attempts resulted in non-service for the same reason.

13.     In order to secure my attendance and testimony regarding the subject service at the upcoming evidentiary hearing on July 22, 2015, Plaintiffs' counsel's office contacted my employer.

14.     I will not be able to attend the hearing on July 22, 2015, because my two co-workers and fellow process servers have been scheduled to be away during that week, which will

significantly increase my workload during that time, rendering me unavailable for all other purpose during business hours.

15.    In light thereof, my employer determined that I cannot be absent from my duties on July 22, 3015, and that I will be unable to attend the hearing.

16.    In lieu of my testimony, and to provide further details concerning the subject service, I have executed this Affidavit.

17.    I have reviewed the screenshots attached as *Exhibit "2"* hereto, and confirm that the person shown therein is me, Hugo Mata.

18.    All statements herein are based upon my personal knowledge and experience.

FURTHER AFFAINT SAYETH NAUGHT.

By: _____
Hugo Mata, Certified Process Server

____ The affiant is personally known to me.
_✗_ The affiant produced the following identification: _____ .

SWORN TO AND SUBSCRIBED before me this _____ day of July, 2015.

_____
Notary Public – State of Florida

BRENDA D. TAYLOR
MY COMMISSION # FF 206599
EXPIRES: March 31, 2019
Bonded Thru Notary Public Underwriters

My Commission Expires: