**EXHIBIT "2"**

do-not-reply@logitech.com   @   January 30, 2015 at 3:30 PM

To:   Logitech

Front Parking N camera detected motion at 3:29 PM, 1/30/2015

Your Front Parking N camera at Miami Office detected motion Friday, January 30, 2015 3:29:20 PM. Check out the attached snapshot that it captured.

If you are on a web-connected computer, you can click here to view the recording from this alert. Login to https://alert.logitech.com/ to see what's happening now.



do-not-reply@logitech.com

January 30, 2015 at 3:30 PM

To: Logitech

Front Door Outside camera detected motion at 3:29 PM, 1/30/2015

Your Front Door Outside camera at Miami Office detected motion Friday, January 30, 2015 3:29:27 PM. Check out the attached snapshot that it captured.

If you are on a web-connected computer, you can click here to view the recording from this alert. Login to https://alert.logitech.com/ to see what's happening now.

