UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and MARC PARENT,      CASE NO. 1:15-cv-20245-MGC

    Plaintiffs/Counter-Defendants,
vs.

FLAVA WORKS, INC. and PHILLIP BLEICHER,

    Defendants/Counter-Plaintiffs.
_____/

### AFFIDAVIT OF LYDIA CAPLAN

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, a notary public, on this day personally came and appeared LYDIA CAPLAN, who, being duly sworn, did depose and state as follows:

1. I am Lydia Caplan, and I am over eighteen (18) years of age.

2. I am the President of Operations of Caplan, Caplan & Caplan Process Servers located at 172 W. Flagler Street, #320, Miami, Florida 33130.

3. If called as a witness, I could and would competently testify thereto.

4. On January 30, 2015, Caplan Caplan & Caplan Process Servers received process in this action (Summons in a Civil Action, Complaint for Declaratory Judgment with exhibits thereto) from D J Process Service Inc. to be served on the Defendants herein in Miami.

5. Hugo Mata and Glenville Smith, Certified Process Servers employed by Caplan, Caplan & Caplan Process Servers, were assigned to this task, and non-served the Defendants herein in Miami on January 30, 2015, at both Miami locations listed in his Affidavits of Non-Service executed on February 13, 2015.

1

6. Plaintiffs' counsel's office contacted me to secure Hugo Mata's and Glenville Smith's attendance and testimony regarding the subject service at the upcoming evidentiary hearing scheduled for July 22, 2015.

7. I had to decline the counsel's request for their attendance at the hearing, because two of the company's process servers have already been scheduled to be away during that week, rendering Hugo Mata and Glenville Smith unavailable due to their workload for all other purpose during business hours.

8. I informed the counsel's office that Hugo Mata's and Glenville Smith's attendance at the hearing is impossible.

9. All statements herein are based upon my personal knowledge and experience.

FURTHER AFFAINT SAYETH NAUGHT.

By: _____
Lydia Caplan

___ The affiant is personally known to me.
___ The affiant produced the following identification: _____.

SWORN TO AND SUBSCRIBED before me this _____ day of July, 2015.

_____
Notary Public – State of Florida

BRENDA D. TAYLOR
MY COMMISSION # FF 206599
EXPIRES: March 31, 2019
Bonded Thru Notary Public Underwriters

My Commission Expires:

2