UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and MARC PARENT,   CASE NO. 1:15-cv-20245-MGC

    Plaintiffs/Counter-Defendants,

vs.

FLAVA WORKS, INC. and PHILLIP BLEICHER,

    Defendants/Counter-Plaintiffs.
_____/

### AFFIDAVIT OF MIAMI PROCESS SERVER GLENVILLE SMITH

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

    BEFORE ME, the undersigned authority, a notary public, on this day personally came and appeared GLENVILLE SMITH, who, being duly sworn, did depose and state as follows:

    1.    I am Glenville Smith, and I am over eighteen (18) years of age.

    2.    I am a Certified Process Server employed by Caplan, Caplan & Caplan Process Servers located at 172 W. Flagler Street, #320, Miami, Florida 33130.

    3.    If called as a witness, I could and would competently testify thereto.

    4.    I am the process server who non-served the Defendants herein in Miami on January 30, 2015.

    5.    As stated in the Affidavits of Non-Service, on January 30, 2015, at 11:32 am, I attempted to serve process (Summons in a Civil Action, Complaint for Declaratory Judgment with exhibits thereto) in this action on Defendants Phillip Bleicher and Flava Works, Inc. c/o Philip Bleicher, registered agent, at 2610 North Miami Avenue, Miami, FL 33127. Upon my arrival, I was told by the company occupying said location, Royal Byckovas, that the Defendants

were no longer at said address, and that Royal Byckovas has been occupying same for the past seven (7) months.

6. In order to secure my attendance and testimony regarding the subject service at the upcoming evidentiary hearing on July 22, 2015, Plaintiffs' counsel's office contacted my employer.

7. I will not be able to attend the hearing on July 22, 2015, because my two co-workers and fellow process servers have been scheduled to be away during that week, which will significantly increase my workload during that time, rendering me unavailable for all other purpose during business hours.

8. In light thereof, my employer determined that I cannot be absent from my duties on July 22, 3015, and that I will be unable to attend the hearing.

9. In lieu of my testimony, and to provide further details concerning the subject service, I have executed this Affidavit.

10. All statements herein are based upon my personal knowledge and experience.

FURTHER AFFAINT SAYETH NAUGHT.

By: _____
Glenville Smith, Certified Process Server

_✓_ The affiant is personally known to me.
___ The affiant produced the following identification: _____.

SWORN TO AND SUBSCRIBED before me this 21 day of July, 2015.

_____
Notary Public – State of Florida

BRENDA D. TAYLOR
MY COMMISSION # FF 206599
EXPIRES: March 31, 2019
Bonded Thru Notary Public Underwriters

My Commission Expires: