UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-Civ-20245-COOKE/TORRES

A4A RESEAU, INC. and MARC
PARENT,

    Plaintiffs/Counter-Defendants,

vs.

FLAVA WORKS, INC. and PHILLIP
BLEICHER, individually,

    Defendants/Counter-Plaintiffs.

_____/

**OMNIBUS ORDER**

    BEFORE ME are the following motions: (1) Plaintiffs' Motions for Entry of Default Final Judgment Against Defendants Under Rule 55(b)(2), ECF Nos. 16, 19; (2) Defendants' Verified Motions to Quash Service of Process, Dismiss Complaint, and Incorporated Memorandum of Law, ECF Nos. 20, 23; (3) Plaintiffs/Counter-Defendants' Motion to Strike as Moot Defendant/Counter-Plaintiff Flava Works, Inc.'s Motion to Quash Service of Process and Dismiss Complaint [DE-20], ECF No. 43; and (4) Plaintiffs/Counter-Defendants' Request for Judicial Notice in Opposition to Motions to Quash Service of Process and Dismiss Complaint [DE-20, 23], ECF No. 57.  I have reviewed the parties' motions, the responses and replies thereto, the record, the relevant legal authorities, and the arguments made by the parties at the Evidentiary Hearing on July 22, 2015.

    For the reasons stated at the Evidentiary Hearing, it is hereby **ORDERED and ADJUDGED** as follows:

1. Plaintiffs' Motions for Entry of Default Final Judgment Against Defendants Under Rule 55(b)(2) (ECF Nos. 16, 19) are **DENIED**.  The default entered against Defendants by the Clerk of Court is hereby **VACATED**.

2. Defendants' Verified Motions to Quash Service of Process, Dismiss Complaint, and Incorporated Memorandum of Law (ECF Nos. 20, 23) are **DENIED**.

3. Plaintiffs/Counter-Defendants' Motion to Strike as Moot Defendant/Counter-Plaintiff Flava Works, Inc.'s Motion to Quash Service of Process and Dismiss Complaint [DE-20] (ECF No. 43) is **DENIED** *as moot*.

4. Plaintiffs/Counter-Defendants' Request for Judicial Notice in Opposition to Motions to Quash Service of Process and Dismiss Complaint [DE-20, 23] (ECF No. 57) is **DENIED** *as moot*.

5. Defendants Flava Works, Inc. and Phillip Bleicher shall have twenty-one (21) days from the date of this Order within which to file their Answer to Plaintiffs' Complaint.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 27th day of July 2015.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*