UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A4A RESEAU, INC. and MARC PARENT,         CASE NO. 1:15-cv-20245-MGC

    Plaintiffs/Counter-Defendants,
vs.

FLAVA WORKS, INC. and PHILLIP BLEICHER,

    Defendants/Counter-Plaintiffs.
_____/

**PLAINTIFFS/COUNTER-DEFENDANTS' NOTICE OF DEFENDANTS/COUNTER-PLAINTIFFS' NON-COMPLIANCE WITH ENDORSED ORDER [DE-64]**

A notice is hereby given of Defendants/Counter-Plaintiffs' non-compliance with this Court's Endorsed Order dated July 23, 2015 [DE-64], in that Defendants/Counter-Plaintiffs FLAVA WORKS, INC. and PHILLIP BLEICHER have failed to comply to-date with Judge Lenard's Order ([DE-46] in 14-civ-23208-Lenard) by remitting payment in the amount of $28,060.57 to Plaintiffs/Counter-Defendants.

Dated: August 24, 2015.                                     Respectfully submitted,

                                                              **BRADLEY LEGAL GROUP, P.A.**
                                                              *Counsel for Plaintiffs/Counter-Defendants*
                                                              15 Northeast 13th Avenue
                                                              Fort Lauderdale, Fl 33301
                                                              Tel: (954) 523-6160
                                                              Fax: (954) 523-6190

                                      By:    /s/ John F. Bradley
                                                       John F. Bradley, Esq.
                                                       Fla. Bar No. 0779910
                                                       jb@bradlegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or *pro se* parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    /s/ John F. Bradley
John F. Bradley, Esq.
Fla. Bar No. 0779910
jb@bradlegal.com

*Bradley Legal Group, P.A.*, *15 Northeast 13th Avenue, Fort Lauderdale, FL 33301 (954) 523-6160*

**SERVICE LIST**

Matthew Zukowsky, Esq.
matthew.zukowsky@gmail.com
*Attorney for Defendants/Counter-Plaintiffs*
Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
Tel: (561) 445-9471
**Service via CM/ECF**

Juneitha Shambee, Esq.
Shambeelaw@gmail.com
*Attorney for Defendants/Counter-Plaintiffs*
Shambee Law Office, Ltd.
PO Box 91
Evanston, Illinois 60204
Tel: (773) 741-3602
**Service via CM/ECF**

Joshua H. Sheskin, Esq.
JHS@SheskinLaw.com
Service@SheskinLaw.com
*Attorney for Defendants/Counter-Plaintiffs*
The Sheskin Firm
9424 SW 52nd Street
Cooper City, FL 33328
Tel: 786-529-0420
Fax: 786-332-5349
**Service via CM/ECF**