UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| A4A RESEAU, INC. and MARC PARENT, | ) |
| Plaintiff, Counter-Defendants, | ) ) ) Case No. 1:15-cv-20245 |
| FLAVA WORKS, INC. and PHILLIP BLEICHER | ) ) ) ) ) |
| Defendants, Counter-Plaintiffs. | ) ) |

MOTION TO WITHDRAW AS COUNSEL

NOW COMES Shambee Law Office, Ltd. (hereinafter, "SLOL"), attorneys at law licensed to practice before this Court, and it files its Motion to Withdraw as Counsel for the Defendants/Counter-Plaintiffs in this cause, FLAVA WORKS, INC. And PHILLIP BLEICHER, and as reasons for the motion it states:

1. SLOL was retained by the Defendants/Counter-Plaintiffs to represent them in this cause.

2. Irreconcilable differences have arisen between the Defendants/Counter-Plaintiffs and the undersigned counsel and law firm, such that the undersigned counsel and law firm is/are unable to continue representing the Defendants/Counter-Plaintiffs herein.

3. Pursuant to Local Rule 11.1(d), the undersigned certifies that he has communicated Shambee Law Office, Ltd. need to withdraw as Plaintiff's attorneys in this matter to the Plaintiff. Specifically, the undersigned certifies that she provided written as well as verbal notice to the Defendants/Counter-Plaintiffs of the intention to withdraw as

counsel. The undersigned further certifies that a copy of Shambee Law Office, Ltd.'s Motion to Withdraw as Defendants/Counter-Plaintiffs' Counsel will be provided to the Plaintiff upon the filing of same

5.	Additionally, the undersigned provided notice to opposing counsel of his intention to withdraw as counsel for the Plaintiff in accordance with Local Rules 7.1 and 11.1(d). Opposing counsel have no objection to the granting of this motion as long as the Court grants a stay and/or extension of the existing deadlines so that the parties are able to complete discovery.

6.	Pursuant to Local Rule 11.1(d), the current mailing address for the Plaintiff is: 3526 S. Prairie Ave, Chicago, IL. 60653

WHEREFORE, Shambee Law Office, Ltd. prays that this Court enter an order granting it leave to withdraw as counsel for the Defendants/Counter-Plaintiffs in this cause.

Respectfully submitted,

__s/Juneitha Shambee__
Attorney for Defendant
Shambee Law Office, Ltd.
701 Main St. Ste. 200A
Evanston, IL. 60202
(773) 741-3602
Attorney No. 119964