UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20245-Civ-COOKE/TORRES

FLAVA WORKS, INC.,

    Plaintiff,

vs.

A4A RESEAU INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL

THIS CASE is before me *sua sponte*. On March 11, 2019, Plaintiff's then-counsel, Shambee Law Office, Ltd., withdrew from this action. *See* Paperless Order Granting Motion to Withdraw by Shambee Law Office, Ltd., (ECF No. 123). Plaintiff Flava Works, Inc. was advised that, as a corporation, it cannot proceed *pro se*. Plaintiff was directed to obtain counsel by April 4, 2019, and informed that the failure to do so will result in default judgment being entered in this action.

The time for Plaintiff Flava Works, Inc., to obtain counsel has expired. To date, counsel has not entered an appearance on behalf of Plaintiff Flava Works, Inc. Accordingly, this case is **DISMISSED** *without prejudice*. The Clerk is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 31st day of May 2019.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*